E-FILED
Tuesday, 28 September, 2004  04:06:14 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD, DIVISION

**FILED**

SEP 2 8 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KAREN WATKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   **03-3283** |
| | ) | |
| **PROFESSIONAL BUSINESS SERVICES** | ) | |
| **OF CENTRAL ILLINOIS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND AMENDED NOTICE OF DISCOVERY DEPOSITION

**PLEASE TAKE NOTICE** that on **Tuesday, October 19, 2004 at 9:30 a.m.** pursuant to

Rule 30 of the Federal Rules of Civil Procedure, the undersigned shall take the discovery deposition

of Thomas C. Dickerson at  the Law Offices of Wolfson & Papushkewych, 2904 Greenbriar Drive,

Suite D, Springfield, Illinois before a court reporter on oral interrogatories in this case.

KAREN WATKINS, Plaintiff,

By: _____
One of her attorneys

Bradley B. Wilson (#6238373)
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, Illinois  62703
217/522-9010

## **PROOF OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing document has been sent on September 28, 2004 in an envelope with proper postage affixed thereto, securely sealed and deposited in a United States Post Office Mailbox at Springfield, Illinois and addressed to the following:

Gerri Papushkewych
Attorney of Law
2904 Greenbriar Drive, Suite D
Springfield, IL 62704

Golembeck Court Reporter
217 East Monroe, Suite 101
Springfield, IL 62701

and that the original was filed in the Clerk of the Court in which said cause is pending

Andrea M. Killebrew