**E-FILED**
Friday, 01 October, 2004  03:41:41 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD, DIVISION

| | |
|---|---|
| **KAREN WATKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.    03-3283 |
| ) | |
| **PROFESSIONAL BUSINESS SERVICES** ) | |
| **OF CENTRAL ILLINOIS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

### THIRD AMENDED NOTICE OF DISCOVERY DEPOSITION

**PLEASE TAKE NOTICE** that on **Tuesday, October 26, 2004 at 9:30 a.m.** pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned shall take the discovery deposition of Thomas C. Dickerson at the Law Offices of Wolfson & Papushkewych, 2904 Greenbriar Drive, Suite D, Springfield, Illinois before a court reporter on oral interrogatories in this case.

KAREN WATKINS, Plaintiff,

s/Bradley B. Wilson
Bradley B. Wilson Bar #6238373
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, Illinois  62703
Telephone: 217/522-9010
Facsimile: 217/522-9020
E-mail: brad@gwspc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

None

And I hereby certify that I have mailed by United State Postal Service the document to the following non CM/ECF participants:

Gerri Papushkewych
Attorney of Law
2904 Greenbriar Drive, Suite D
Springfield, IL 62704

Golembeck Court Reporter
217 East Monroe, Suite 101
Springfield, IL 62701

                                      s/Bradley B. Wilson
                                      Bradley B. Wilson Bar #6238373
                                      Gates, Wise & Schlosser, P.C.
                                      1231 South Eighth Street
                                      Springfield, Illinois 62703
                                      Telephone: 217/522-9010
                                      Facsimile: 217/522-9020
                                      E-mail: brad@gwspc.com