E-FILED
Monday, 01 November, 2004  05:22:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 03-3283 |
| | ) |
| PROFESSIONAL BUSINESS SERVICES | ) |
| OF CENTRAL ILLINOIS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC. by and through its attorneys Wolfson & Papushkewych LLP and does hereby move that this Honorable Court grant Defendant a twenty-one (21) day extension of time within which to file its Motion for Summary Judgment and in support of this motion, states as follows:

1. The Scheduling Order sets November 15, 2004 as the deadline for filing dispositive motions with respect to the issue of the status of Defendant as an employer within the meaning of the Family and Medical Leave Act.

2. Defendant requires additional time to prepare its Motion for Summary Judgment in order to adequately research and brief the issues involved in its Motion for Summary Judgment. Although counsel for Defendant has diligently worked to prepare the motion, her time commitments in other matters, including but not limited to *Prairie Cardiovascular Consultants, Ltd. v. Apuri,* Fourth District Appellate Court No. 4-04-0326, *Klein, et al. v. Christian County Limestone Company, L.L.C., et al.,* Christian County Circuit Court No. 04-MR-42, and an

absence from the office due to her mother's illness, have not permitted counsel to devote the time necessary to adequately address the issues involved in a Motion for Summary Judgment.

3. Bradley B. Wilson, the attorney for the Plaintiff, has stated that he has no objection to the Court granting Defendant an additional twenty-one (21) days within which to file its Motion for Summary Judgment.

4. The filing of the motion will not delay the trial scheduled in this matter.

5. This motion is made by reason of necessity and not for purposes of delay.

WHEREFORE, Defendant Professional Business Services of Central Illinois, Inc. respectfully requests that this Honorable Court grant Defendant a twenty-one (21) day extension of time for Defendant to file its Motion for Summary Judgment, specifically to and including December 6, 2004.

Respectfully submitted,

PROFESSIONAL BUSINESS SERVICES
OF CENTRAL ILLINOIS, INC., Defendant

By: _____
        One of Its Attorneys

Gerri Papushkewych
Wolfson & Papushkewych LLP
2904 Greenbriar Drive, Suite D
Springfield, Illinois 62704
(217)787-3210

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendant's Motion for Extension of Time Within Which to File Motion for Summary Judgment was served upon the following individual by enclosing the same in an envelope with postage fully prepaid, addressed as follows, and by depositing said envelope in a United States Post Office mail box in Springfield, Illinois on this 29th day of October, 2004:

    Bradley B. Wilson
    Gates, Wise & Schlosser, P.C.
    1231 South Eighth Street
    Springfield, IL  62703