IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-3283 |
| ) | |
| PROFESSIONAL BUSINESS SERVICES ) | |
| OF CENTRAL ILLINOIS, INC., ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF CHARLES E. NEAL, M.D.

STATE OF ILLINOIS )
                       ) SS
COUNTY OF SANGAMON )

CHARLES E. NEAL, M.D., being first duly sworn on oath, deposes and states:

1. I am the President of Clinical Radiologists, S.C. and practice radiology with Clinical Radiologists, S.C.; as such, I have personal knowledge of the matters set forth herein.

2. Clinical Radiologists, S.C. ("Clinical Radiologists") is a medical service corporation organized under the Medical Corporation Act which employs physicians specializing in radiology who provide radiology services to patients.

3. All officers, shareholders and directors of Clinical Radiologists are physicians and only the shareholders participate in the management or control of Clinical Radiologists.

4. Clinical Radiologists, incorporated as a medical corporation, has adopted Articles of Incorporation and bylaws governing its operations. Clinical Radiologists files corporate annual reports with the Illinois Secretary of State, holds annual meetings and other meetings as required or as needed, maintains a corporate minute book and otherwise complies with statutory requirements for a medical corporation which includes management by physicians only.

5. Clinical Radiologists files state and federal tax returns and pays taxes on its own behalf.

6. Clinical Radiologists has contracts with the hospitals at which its radiologists provide services, has employment agreements with its physician employees and principal non-physician employees, and has agreements with providers of supplies, equipment and services.

7. Clinical Radiologists occupies and uses office space located at 701 North First Street, Springfield, Illinois which is inside Memorial Medical Center; physicians with Clinical Radiologists also use other facilities at which they provide services.

8. Clinical Radiologists leases the equipment which it needs and also purchases supplies and equipment for its own operations.

9. Personnel and labor decisions applying to physicians are made by the Board of Directors of Clinical Radiologists.

10. Clinical Radiologists is owned and managed by physicians and all of its shareholders, directors and officers are physicians.

11. All of the shareholders of Clinical Radiologists are employed by Clinical Radiologists to provide diagnostic and therapeutic radiology procedures to patients. Their

work is unsupervised. Their schedules are set by an individual authorized by the Board in order to assure the presence of radiologists at each of the facilities where Clinical Radiologists has obligations to provide radiology services. The work produced by each shareholder is reviewed only as a part of the peer review process and other hospital related and physician related review requirements that apply to all physicians with hospital privileges including but not limited to radiologists. However, the work performed by each shareholder of Clinical Radiologists is not routinely subject to the review of other radiologists and the shareholder radiologists do not have supervisors or report to anyone higher in the organization.

12. All of the shareholders of Clinical Radiologists are officers of Clinical Radiologists; only shareholders of Clinical Radiologists are officers.

13. The shareholders of Clinical Radiologists govern themselves through their elected Board members and shareholders of Clinical Radiologists can be terminated as shareholders and employees only by a 2/3 vote of the Board. All shareholders are eligible to run for membership on the Board one year after becoming a shareholder in Clinical Radiologists.

14. The Board of Directors consists of 15 members, each of whom is elected for a one year term by the shareholders. The election of members to the Board of Directors requires a meeting attended in person or proxy by the holders of at least 2/3 of the outstanding shares of Clinical Radiologists and the election of each individual to the Board requires a vote of at least a majority of the shares represented at the meeting.

15. The Board by a majority vote elects the members of the Executive Committee. The Board assigns day to day operational decisions to be performed by the Executive

Committee. However, the Board by a 2/3 vote may amend or terminate any plan or policy which the Executive Committee adopts that applies to compensation, vacation, coverage responsibilities, continuing medical education requirements, disability, sick leave or any other plan or policy which is intended to establish the principles through which the physicians employed by the corporation are compensated. Furthermore, the Board by a 2/3 vote can reassume any right to act which has been granted to the Executive Committee and by a 2/3 vote can discontinue the existence of the Executive Committee and reassume responsibility for all day to day activities that it has delegated.

16. If called to testify, I would competently testify to the above.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CHARLES E. NEAL, M.D.

Subscribed and sworn to before me this 3rd day of December, 2004.

OFFICIAL SEAL
MELINDA J. BEATTY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-21-2005

Melinda J. Beatty
Notary Public

4