IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-3283 |
| ) | |
| PROFESSIONAL BUSINESS SERVICES ) | |
| OF CENTRAL ILLINOIS, INC., ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF THOMAS C. DICKERSON

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF SANGAMON  )

THOMAS C. DICKERSON, being first duly sworn on oath, deposes and states:

1. I am the Secretary and Vice President of Professional Business Services of Central Illinois, Inc. ("PBS") and a shareholder of PBS; as Vice President, I am responsible for approval of certain decisions made by the manager.

2. I am employed by Clinical Radiologists, S.C. ("Clinical Radiologists") as the Chief Executive Officer of that group and have personal knowledge of the matters set forth herein.

3. PBS is incorporated as an Illinois corporation under the Business Corporation Act of 1983. It has adopted Articles of Incorporation and bylaws governing the operations of PBS, files its own corporate annual reports with the Illinois Secretary of State, holds annual meetings and other meetings of Board members and shareholders as required or

necessary, maintains a current corporate minute book of its corporate activities, and otherwise complies with statutory requirements for an Illinois corporation.

4. PBS files its own state and federal tax returns and pays its own taxes; PBS is organized as an S corporation for tax purposes.

5. PBS has its own bank accounts, writes its own checks, pays its own bills and is responsible for its own payroll.

6. PBS has its own accounting system and financial statements.

7. PBS enters into leases and agreements on its own behalf. PBS has agreements with its clients, including Clinical Radiologists, for the billing services which it provides; has lease agreements for the space it occupies; has business associate agreements with clients under HIPAA; and has its own agreements with providers of supplies, equipment and services.

8. During the relevant time period, PBS offices were located at 944 North First Street, Springfield, Illinois, 62702.

9. Employees of PBS are governed by rules and policies which have been developed for PBS and are enforced by PBS.

10. The employees of PBS do not transfer to Clinical Radiologists and the employees of Clinical Radiologists do not transfer to PBS; there have been no promotions or transfers of employees from one entity to the other.

11. PBS and Clinical Radiologists each advertises for and hires its own employees, maintains its own personnel records, screens and tests applicants for employment for positions for that corporation only, and handles its own personnel matters.

12. Clinical Radiologists does not hire, fire or supervise employees of PBS, nor does it control the work or work schedules of the employees.

13. PBS does not employ any physicians.

14. Kim Sparrow is employed by Clinical Radiologists in the position of Information Support Specialist.

15. All shareholders of Clinical Radiologists on May 1, 2003 had been shareholders for at least one year.

16. If called to testify, I would competently testify to the above.

FURTHER AFFIANT SAYETH NAUGHT.

_____
THOMAS C. DICKERSON

Subscribed and sworn to before me this 3rd day of December, 2004.

_____
Notary Public

"OFFICIAL SEAL"
GINA L. WOLF
Notary Public, State of Illinois
My Commission Expires 05/07/07