IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 03-3283 |
| PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC., | ) ) ) ) |
| Defendant. | ) |

### AFFIDAVIT OF DENIS MOJA

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF SANGAMON )

DENIS MOJA, being first duly sworn on oath, deposes and states:

1. I am a partner in the certified public accounting firm of Kerber, Eck & Braeckel LLP.

2. Clinical Radiologists, S.C., an Illinois medical corporation, is a client of Kerber, Eck & Braeckel LLP and the services that Kerber, Eck & Braeckel LLP provides to Clinical Radiologists, S.C. ("Clinical Radiologists") include tax, accounting and consulting services.

3. I am the individual at Kerber, Eck & Braeckel LLP who authorizes, provides and/or supervises the services rendered by Kerber, Eck & Braeckel LLP to Clinical Radiologists.

4. As such, I have personal knowledge of the matters set forth herein.

5. Clinical Radiologists is a personal service corporation. Congressional intent in enacting the legislation creating personal service corporations is to treat for income tax purposes personal service corporations and its shareholders in the same fashion as partnerships and their partners. Unlike a conventional corporation, a personal service corporation does not have the benefit of multiple income tax brackets. By imposing a flat tax of 35% on personal service corporations, partnerships and personal service corporations are both treated for income tax purposes as if they were conduits of income to their partners and shareholders, respectively. Income generated by partnerships are taxed to the partners even if the partnerships do not distribute the income. Income generated by personal service corporations are taxed to shareholders if distributed to the shareholders and any undistributed personal service corporation income is taxed to the personal service corporation at a flat tax rate of 35% which is the same as the highest individual income tax rate. As set forth below, Clinical Radiologists' Board of Directors has created a revenue distribution policy that is consistent with Congressional intent and is, therefore, substantially similar to the revenue distribution policies adopted by many partnerships.

6. Clinical Radiologists provides the professional services of radiologists and the revenue from such services represents substantially all of the gross income of Clinical Radiologists and as such is the sole source of substantially all of the profits generated from time to time by Clinical Radiologists.

7. The Board of Directors have the sole discretion to determine the compensation that shareholders receive. Since the source of substantially all of Clinical Radiologists' revenues are the services provided by radiologists, the Board of Directors assigns from time to time a dollar value to a work unit and each shareholder employee's compensation

2

is the product of the dollar value assigned to the work unit multiplied by the number of work units performed by the shareholder. Any excess of corporate earnings is distributed as a bonus to each shareholder from time to time according to a formula determined by the Board of Directors. This is consistent with the methods used by partnerships in distributing the amount by which partnership earnings for the year exceed the partners' draws during the year.

8. The method of compensation for the shareholders of Clinical Radiologists is similar to the compensation method used by many partnerships. In these partnerships payments that are earned by each partner according to the specific partnership's compensation formula are allocated to the partner's individual drawing account. Any distributions from the drawing account to the partner reduce that account. As in these partnerships, payments that are earned by each Clinical Radiologists shareholder are allocated to that shareholder based upon the Clinical Radiologists compensation formula, and payments from this allocated amount to the shareholder reduce the monies allocated to him. When a partner overdraws his drawing account the partnership agreement can obligate him to repay the amount of the excess draw to the partnership. As in these partnerships, if a shareholder of Clinical Radiologists receives compensation in excess of the compensation he should receive as a result of the work units he has performed, he is obligated to repay the amount of such excess to Clinical Radiologists.

9. Shareholders are prohibited from selling or purchasing corporate shares of stock without the approval of the owners of at least 2/3 of the issued and outstanding shares of Clinical Radiologists. This is different than most corporations which permit shareholders to purchase or sell shares at will, in fact, free transferability of shares of stock is a

3

customarily acknowledged advantage of corporate entities. This restriction on purchasing and selling shares of stock in Clinical Radiologists is quite similar to restrictions customarily imposed on partners in general partnerships.

10. If called to testify, I would competently testify to the above.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Denis Moja

Subscribed and sworn to before me this 2nd day of December, 2004.

_____
Notary Public

```
OFFICIAL SEAL
CONNIE JO MORGAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-3-2007
```

4