**E-FILED**
Monday, 06 December, 2004  03:45:07 PM
Clerk, U.S. District Court, ILCD

1

1         IN THE UNITED STATES DISTRICT COURT

2         FOR THE CENTRAL DISTRICT OF ILLINOIS

3              SPRINGFIELD DIVISION

4

5    KAREN WATKINS,            )
                               )
6            Plaintiff,        )
                               )
7        vs                    )  Case No. 03-3283
                               )
8    PROFESSIONAL BUSINESS     )
     SERVICES OF CENTRAL       )
9    ILLINOIS, INC.,           )
                               )
10           Defendant.        )

11

12

13       Deposition of THOMAS C. DICKERSON, taken at

14   the instance of the Plaintiff, on October 26, 2004

15   scheduled for the hour of 9:30 A.M., at 2904

16   Greenbriar Drive, Suite D, Springfield, Illinois,

17   before Molly A. Hobbie, Certified Shorthand

18   Reporter and Notary Public, pursuant to the

19   attached stipulation.

20

21

22            GOLEMBECK REPORTING SERVICE
              Connie S. Golembeck, Owner
23                 (217) 523-8244
                   (217) 632-8244
24

2

1              S T I P U L A T I O N

2          It is stipulated and agreed, by and between

3     the parties hereto, through their attorneys, that

4     the deposition of Thomas C. Dickerson, may be taken

5     before Molly A. Hobbie, a Certified Shorthand

6     Reporter, upon oral interrogatories, on October 26,

7     2004 at the instance of the Plaintiff, scheduled

8     for the hour of 9:30 A.M., at 2904 Greenbriar

9     Drive, Suite D, Springfield, Illinois.

10          That the oral interrogatories and the answers

11    of the witness may be taken down in shorthand by

12    the Reporter and afterwards transcribed.

13          That any requirement as to the reading over

14    and signing of the deposition by the witness or the

15    filing of the same are not expressly waived.

16          That all objections are hereby reserved except

17    as to the form of the question which is waived

18    unless specifically noted.

19          That the deposition or any part thereof may be

20    used for any purpose for which depositions are

21    competent, by any of the parties hereto, without

22    foundation proof.

23          That any party hereto may be furnished copies

24    of deposition at his or her own expense.

3

```
 1   APPEARANCES:

 2

 3

 4

 5        MR. BRADLEY B. WILSON
          Gates, Wise & Schlosser, P.C.
 6        Attorneys at Law
          1231 South Eighth Street
 7        Springfield, IL  62703
              Appeared on behalf of the Plaintiff;
 8

 9        MS. GERRI PAPUSHKEWYCH
          Attorney at Law
10        2904 Greenbriar Drive, Suite D
          Springfield, IL  62704
11            Appeared on behalf of the Defendant.

12

13

14                       I N D E X
15
                                             PAGE
16   Direct Examination by Mr. Wilson          4

17

18

19
     EXHIBITS                     MARKED   ADMITTED
20   Dickerson Exhibit 1            5

21

22

23                (Exhibit attached.)

24
```

4

```
 1              (The deponent was sworn by the
 2              Reporter.)
 3              THOMAS C. DICKERSON
 4   called as a witness herein, at the instance of the
 5   Plaintiff, having been first duly sworn on his
 6   oath, was examined and testified as follows:
 7                   DIRECT EXAMINATION
 8                   BY MR. WILSON:
 9       Q.   Mr. Dickerson, my name is Brad Wilson.  I
10   represent Karen Watkins in this case.  Have you
11   ever given a deposition before?
12       A.   Yes.
13       Q.   Okay.  Then you know to answer verbally
14   as opposed to a nodding of the head or shaking of
15   the head because the Court Reporter has to capture
16   everything you say and it's easier to capture
17   verbal responses as opposed to some sort of nodding
18   of the head.
19              Also, I'd ask that you let me finish
20   asking my question before you start your answer and
21   I'll try to let you finish your answer before I
22   start the next question.  Again, it can be somewhat
23   difficult, the Court Reporter does an excellent
24   job, to capture two people talking at once.
```

5

1          Finally, if I ask a question and

2    you're not sure where I'm going, please ask me to

3    rephrase it; otherwise when I go back and read the

4    transcript, if you answer a question, I'm going to

5    assume that we were both on the same page and we

6    both were talking about the same thing.

7          So if there is any doubt in your

8    mind, please ask me to rephrase and I'll do my best

9    to do so.  Would you state your full name for the

10   record?

11        A.   Thomas C. Dickerson.

12             (Dickerson Exhibit Number 1 was

13             marked for identification.)

14        Q.   Okay.  Mr. Dickerson, I'm handing you

15   Dickerson Deposition Exhibit Number 1.

16        MS. PAPUSHKEWYCH:   I've got one.  Thanks.

17        Q.   Is that exhibit a copy of the answers

18   that Professional Business Services has provided in

19   response to interrogatories propounded by Karen

20   Watkins, the Plaintiff in this case?

21        A.   It looks as such, yes.

22        Q.   Okay.  And I believe the answers indicate

23   that you helped prepare those responses; is that

24   accurate?

6

```
 1          A.    That's accurate.
 2          Q.    Okay.  Just so we're all on the same
 3   page, during the course of this deposition I might
 4   refer to Professional Business Services as PBS; is
 5   that acceptable to you?
 6          A.    Sure.
 7          Q.    Okay.  You hold the title of vice
 8   president/secretary of Professional Business
 9   Services?
10          A.    Correct.
11          Q.    Can you briefly state what type of
12   business Professional Business Services or
13   Professional Business Systems is engaged in?
14          A.    It's a billing company.
15          Q.    Okay.  And what type of entities do you
16   bill for and do you send bills to?
17          A.    Okay.  Typically we bill for medical
18   groups.  Typically those bills are sent to
19   third-party payers, insurance companies, Medicare
20   and Medicaid.
21          Q.    And where --
22          A.    Or the patient.
23          Q.    Okay.  I think I received some of your
24   bills.  Where are the PBS offices located?
```

7

1        A.    The PBS office currently is located at

2   340 West Miller.

3        Q.    How long has it been there?

4        A.    It's been in that location less than a

5   year.  We lease property there currently.

6        Q.    Where were you before that?

7        A.    Before that we were at 944 North First.

8        Q.    Okay.  The Plaintiff in this case, Karen

9   Watkins, was employed by PBS or she's alleged she

10  was employed by PBS from 2000 through I believe May

11  of 2003.  During that time frame was the offices

12  for PBS located on First Street?

13       A.    At 944 North First, yes.

14       Q.    Okay.  Is your job with PBS a full-time

15  job?

16       A.    No.

17       Q.    What are your job duties?

18       A.    To oversee the billing operation.

19       Q.    Okay.  How many hours a week do you

20  devote towards your job duties at PBS?

21       A.    I'd say it varies.  I couldn't tell you

22  specifically how many hours per week.  A few hours

23  a week.  Not a significant portion of my job.

24       Q.    Okay.  As the vice president/secretary,

8

1   is your office located at the Miller Street

2   address?

3        A.   I have an office in Quincy, Illinois that

4   I maintain currently.  That's not a PBS office per

5   se, but that's where my office is located.

6        Q.   Okay.  Do you have an office at the PBS

7   facility at all?

8        A.   I do not.  Though I have office space

9   obviously that I can use from time to time.

10        Q.   As the person in charge I would hope so.

11   Do you have normal hours of work for the PBS job?

12        A.   Not specifically.

13        Q.   Okay.  How much does -- well, do you

14   receive a salary as vice president/secretary of

15   PBS?

16        A.   I do not.

17        Q.   Okay.  Do you receive any sort of pay

18   from PBS or is this a charitable endeavor?

19        A.   I am one of the owners of PBS.

20        Q.   Okay.  Are you paid -- do you receive any

21   sort of remuneration for your duties as vice

22   president and secretary?

23        A.   No.

24        Q.   Okay.  What type of pay do you receive as

9

1    an owner of PBS, if you receive pay?

2        A.    PBS owners receive dividends paid out on

3    typically a monthly basis from profits gleaned.

4        Q.    Okay.  You also hold the title of chief

5    executive officer for an entity known as Clinical

6    Radiologists; is that accurate?

7        A.    That is accurate.

8        Q.    What is Clinical Radiologists?

9        A.    Clinical Radiologists is a medical

10   physicians group.

11       Q.    Is that job you have with Clinical

12   Radiologists a full-time job?

13       A.    That's correct.

14       Q.    Okay.  What are your job duties as the

15   CEO of Clinical Radiologists?

16       A.    From an administrative point of view I

17   administrate and carry out policy from the Board of

18   Directors down through an executive committee of

19   physicians and carry out those policies and

20   day-to-day business issues, contracting, et cetera.

21       Q.    Do you have an office that you use when

22   working as the CEO for Clinical Radiologists?

23       A.    Yes.

24       Q.    Where is that office located?

10

1          A.     Primarily my office that I work out of

2     most of the time is in Quincy, Illinois.

3          Q.     Okay.  Does clinical Radiologists have

4     their own offices that they use in the course of

5     their business?

6          A.     Clinical Radiologists utilizes office

7     space located at 701 North First which is inside

8     Memorial Medical Center.

9          Q.     That's what I was going to ask.  As the

10    CEO of Clinical Radiologists do you have normal

11    hours of work?

12         A.     I have regular hours of work.  I don't

13    know how normal they are.  I guess you'd have to

14    define normal.

15         Q.     Actually if you can just tell me what

16    your regular hours of work are.

17         A.     I mean typically I work, you know,

18    daytime hours, you know, typically from early in

19    the morning, could be seven to eight o'clock in the

20    morning and it could be until six in the evening.

21         Q.     Do you get paid a salary for acting as

22    CEO of Clinical Radiologists?

23         A.     Yes.

24         Q.     Okay.  Can you tell me approximately how

11

1    much they pay you to act as the CEO?

2        A.    My current salary, not including bonus,

3    is $175,000.

4        Q.    Well done.  Have you ever held a position

5    with an entity known as University Radiologists?

6        A.    No.

7        Q.    Okay.  Are you familiar with University

8    Radiologists?

9        A.    Only from the standpoint that PBS

10   provides billing services for University

11   Radiologists.

12       Q.    Okay.  Is there any other relationship

13   between University Radiologists and PBS that you're

14   aware of other than the fact that University

15   Radiologists would be a client of PBS?

16       A.    They are a client of PBS, that's correct.

17       Q.    Any other relationship?

18       A.    None that I'm aware of.

19       Q.    Is there anybody that works for PBS that

20   also works for University Radiologists that you're

21   aware of?

22       A.    Not to my knowledge.

23       Q.    Is there any owner of PBS that's also an

24   owner of University Radiologists that you're aware

12

1   of?

2         A.    Not to my knowledge.

3         Q.    Is there any individual who is an owner

4   of Clinical Radiologists who is also an owner of

5   University Radiologists that you're aware of?

6         A.    Not to my knowledge.

7         Q.    Are there any individuals who work for

8   both clinical and University Radiologists?

9         A.    Not to my knowledge.

10        Q.    Going back to the answers to

11  interrogatories, you were asked in Interrogatory

12  Number 2 to provide a list of owners, partners and

13  shareholders for PBS, and at the back of your

14  answers you attached an exhibit which is labeled

15  Response to Interrogatory Number 2.  Can you find

16  that exhibit on there.

17        A.    I have it.

18        Q.    Okay.  Take a brief moment to look

19  through that.  Is that list an accurate

20  representation of the owners or the individuals who

21  held stock in PBS as of May 1, 2003?

22        A.    I believe so, yes.

23        Q.    Okay.  Those 15 individuals who you've

24  identified as PBS shareholders are also the

13

1    individuals who sit on the PBS Board of Directors?

2         A.    At that time, yes.

3         Q.    Okay.  And you're a shareholder of PBS

4    and a member of its Board of Directors?

5         A.    That is correct.

6         Q.    Okay.  Going back to the answers to

7    interrogatories you were asked in Interrogatory

8    Number 3 to provide a list of owners, partners and

9    shareholders for Clinical Radiologists and you

10   provided a list of 23 individuals who owned stock

11   in Clinical Radiologists as of May 1, 2003 and I

12   think that list is set forth in an attachment

13   identified as Response to Interrogatory Number 3.

14   Have you found that?

15        A.    I have.

16        Q.    And is that list an accurate

17   representation of the owners and shareholders of

18   Clinical Radiologists?

19        A.    I believe so at that time.

20        Q.    Okay.  Now would you agree that out of

21   the 15 PBS shareholders you identified, 12 of those

22   individuals are also shareholders in Clinical

23   Radiologists?  And what I've done, it may help, you

24   may want to discuss this with Gerri, I've

14

1    highlighted the individuals, at least the names

2    appear the same.  Do you want to go through that to

3    make sure it's accurate.

4                        (Pause)

5        A.    Would you repeat your question.

6        Q.    You've identified -- of the 15 PBS

7    shareholders that you identified in your Response

8    to Interrogatory Number 2, would you agree that 12

9    of those individuals are shareholders in Clinical

10   Radiologists, and I can go through the names if

11   you'd like?

12       A.    I believe that's correct.

13       Q.    Okay.  Just for the record, would you

14   agree that those individuals who own stock in both

15   PBS and Clinical Radiologists are Darrel Anderson,

16   Steve Jackman, John Snodsmith, Charles Neal, Lisa

17   Wichterman, William Moore, Casey Muehle.

18       A.    Muehle.

19       Q.    Kevin Coakley, David Alexander, Andrew

20   Sherrick, Eric Paul Justin and Patricia Whitworth?

21       A.    I believe that's correct.

22       Q.    Okay.  Now the list of PBS stockholders

23   you provided also list how much each stock or each

24   individual owns; is that correct?

15

1      A.    The number of shares are stated.

2      Q.    Okay.  According to that list, the 15

3  shareholders you identified, those individuals own

4  144,500 shares of PBS stock?

5          MS. PAPUSHKEWYCH:    I think that the

6  exhibit probably speaks for itself.

7          MR. WILSON:    Okay.  A lot of these

8  questions are going to be that, but I apologize.

9      Q.    Would you agree, does it appear accurate

10  that -- well, first, is 144,500, does that

11  represent the total amount of stock in PBS; in

12  other words, are there any shares that you didn't

13  account for in this exhibit?

14      A.    As of May 2003 I believe these are the

15  total number of shares represented by owners.

16      Q.    Okay.  Would you agree that out of those

17  144,500 shares of PBS stock, approximately 130,00

18  of those shares are owned by the 12 PBS

19  shareholders who also own stock in Clinical

20  Radiologists?

21      A.    Again, I would say the exhibit speaks for

22  itself.  I've not calculated the math.

23      Q.    Okay.  Exhibit Number 3 there are 23

24  shareholders you've identified and it appears that

16

1  they own a combined 238,755.75 shares of Clinical

2  Radiologists stock.

3              Does that account for all of the

4  shares of Clinical Radiologists stock that were

5  outstanding in May 2003?

6      A.   I believe the Response to Interrogatory

7  Number 3 represents the total number of shares and

8  the shareholders as of that date.

9      Q.   Okay.  Out of the 23 clinical

10 Radiologists shareholders, 12 of those individuals

11 own stock in Professional Business Services; is

12 that accurate?

13     A.   I believe you asked that before, yes.

14     Q.   Do you believe that those 12 -- would you

15 agree that those 12 individuals who own stock in

16 both PBS and Clinical Radiologists own a majority

17 of the outstanding stock in Clinical Radiologists?

18         MS. PAPUSHKEWYCH:   I'm sorry, could you

19 repeat that question.  I don't know if he followed

20 it.

21         MR. WILSON:   Sure.

22     Q.   Okay.  In your Response to Interrogatory

23 Number 3 there are 12 individuals out of the 23

24 shareholders that we've identified as also holding

17

1  stock in PBS and would you agree that those 12

2  individuals own the majority of the stock in

3  Clinical Radiologists?

4      A.    I believe that's accurate as of that

5  date, yes.

6      Q.    Okay.  In Interrogatory Number 5 you were

7  asked to describe the management structure for PBS

8  as it existed from June 6, 2000 through May 6,

9  2003, and in response you submitted an

10  organizational chart.  Have you found that chart?

11      A.    I have it.

12      Q.    Okay.  Good.  At the top of the

13  organizational chart there is a box titled

14  shareholders and then directly below that box is a

15  box labeled as Board of Directors PBS.

16          Just to be clear, the shareholders

17  and the Board of Directors are the same individuals

18  for PBS; isn't that accurate?  Going back to

19  Interrogatory Number 2.

20      A.    As of that date I believe that's correct.

21      Q.    Okay.  Just to make sure we're all on the

22  same page I'm going to assume that all your answers

23  are going to be as of the dates you've listed here,

24  and I'm not asking you the present, you know, what

18

1    the structure is presently, but as it was in May of

2    2003.

3          A.    Okay.

4          Q.    According to the PBS organizational

5    chart, immediately below the Board of Directors is

6    the president of PBS and the president was Darrel

7    Anderson.

8          A.    That's correct.

9          Q.    Okay.  Darrel Anderson was also a

10   shareholder in Clinical Radiologists?

11         A.    That's correct.

12         Q.    And he was a member of the Board of

13   Directors?

14            MS. PAPUSHKEWYCH:    Of which corporation?

15            MR. WILSON:    Of Clinical Radiologists.

16         A.    I believe that's correct.

17         Q.    If you would turn to the next page,

18   Response to Interrogatory Number 6, you've provided

19   a list of the Board of Directors of Clinical

20   Radiologists if that helps you.

21                Darrel Anderson is also a member of

22   the clinical Radiologists executive committee?

23         A.    Correct.

24         Q.    Okay.  What sort of duties did Darrel

19

1   Anderson perform as far as being president of PBS?

2       A.   His role, again, would be to work with

3   the Board of Directors to provide oversight for

4   that entity.

5       Q.   Okay.  As vice president/secretary you

6   indicated that you had administrative duties, and I

7   don't want to put words in your mouth so correct me

8   if I'm misstating you, but I believe you said you

9   oversaw at least the billing function?

10      A.   That's correct.

11      Q.   What was different about the duties that

12  the president did versus the vice

13  president/secretary?

14      A.   From a day-to-day operational sense --

15      Q.   Sure.

16      A.   -- that entity and the manager of PBS

17  would report up through me if there were decisions

18  or issues that needed to be elevated to that

19  level.

20           Ultimately Dr. Anderson, as

21  president, would have final say so along with

22  obviously the Board of Directors, but I would

23  report up through Dr. Anderson as president.  So

24  that would be a level above me.

20

1      Q.    Okay.   According to the chart, as vice

2   president you're directly below the president as

3   far as PBS's organizational structure is

4   concerned.

5      A.    That's correct.

6      Q.    Okay.   And, again, you've already

7   established you're the chief executive officer for

8   Clinical Radiologists also.   Below you on the PBS

9   organizational chart is the billing operations

10   manager.

11      A.    That's correct.

12      Q.    And in May of 2003 that was Fred

13   Williamson?

14      A.    That's correct.

15      Q.    Okay.   Does Mr. Williamson still work for

16   PBS?

17      A.    He does not.

18      Q.    Okay.   When did he -- was he terminated

19   or did he voluntarily resign?

20      A.    He voluntarily resigned.

21      Q.    Okay.   When was that?

22      A.    I'd have to review the records for that

23   specific date.

24      Q.    Do you know where Mr. Williamson resides?

21

1          A.    I don't exactly at this time.

2          Q.    Okay.  Can you tell me who's responsible

3    for the nuts and bolts issues of running PBS, and

4    by that I mean sort of buying office supplies, you

5    know, paying the rent, managing the premises?

6    Would that be the billing manager or would that be

7    you as the administrative or the vice president?

8          A.    Could I ask you to rephrase that

9    question.

10         Q.    Sure.  You've indicated that PBS have

11   office space that used to be on First Street and

12   now it's on Miller.  Who does the day-to-day

13   oversight of that facility; in other words, I guess

14   make sure the employees are there, make sure that,

15   you know, bills are sent out, that bills for the

16   premises are paid or bills to PBS are paid?  Is

17   that your responsibility or the manager or some

18   combination of both?

19         A.    Let me answer one part of your question

20   because there is parts of your question that the

21   same answer doesn't hold proof.  The billing

22   operations manager would have day-to-day

23   supervision over employees and the operation of the

24   billing office on a day-to-day type basis at the

22

1    level of the manager.

2        Q.    Okay.  When you say that he has

3    supervision over the operations of the office, does

4    that supervision include, for example, making sure

5    the lights are kept on, utilities are paid, that

6    the rent is paid on the premises?

7        A.    He would make sure that the lights are

8    obviously on.  How bills are paid is different.

9        Q.    Well, I didn't mean coming in and turning

10   on the lights.  I meant making sure that, you know,

11   the bills were paid to the utility company, that

12   sort of thing.

13       A.    Actually that responsibility is brokered

14   out to another party that pays our bills and it's

15   their responsibility to make sure the bills are

16   paid, so that wouldn't directly be his.

17       Q.    The billing services uses a billing

18   service?

19       A.    Not a billing service, but an accounting

20   firm.

21       Q.    Okay.  Moving on to Interrogatory Number

22   6 you were asked to describe the management

23   structure for Clinical Radiologists as it existed

24   from June 6th through May 6, 2003, and in your

23

1    response you indicated Board of Directors for

2    Clinical Radiologists elects an executive committee

3    which manages the business of the corporation and

4    handles all matters related to physicians.

5                    You also stated all matters related

6    to non-physician employees are handled by the chief

7    executive officer with the approval of the

8    executive committee as needed.  What types of

9    business issues would the executive committee

10   handle?

11        A.   We're talking about Clinical

12   Radiologists?

13        Q.   Yes, we are.

14        A.   The executive committee would handle

15   things such as acquisitions, matters of employment

16   with physicians.  Those types of things.

17        Q.   Okay.  What sort of non-physician

18   employee matters does the CEO handle, CEO being

19   yourself?

20        A.   Employment and personnel.

21        Q.   Okay.

22        A.   There are other things.  That's one

23   example.

24        Q.   Looking at your answers to

24

1    interrogatories, Clinical Radiologists is primarily

2    composed of physicians; is that accurate?

3        A.   Of employees?  Primarily.

4        Q.   Okay.  And the non-physician employees

5    administrative support staff, is that accurate, for

6    general description of most of the non-physician

7    employees?

8        A.   Support staff would be a general

9    description.

10       Q.   What sort of non-physician employee

11   issues need the approval of the executive

12   committee?

13       A.   It would depend on what those issues were

14   I guess specifically.  If I felt that it would

15   require a level to go to the executive committee,

16   then it would do such.

17       Q.   What type of things do you take to the

18   executive committee?

19       A.   Physician discipline issues or

20   complaints.  Again, acquisition issues.

21       Q.   Okay.  What sort of non-physician

22   employee issues do you take to the committee?  Not

23   a physician discipline issue per se, but employment

24   issues dealing with non-physicians?

25

1        A.    It could be employment of non-physicians,

2   would ask their opinion on evaluations if it was an

3   employee that they worked closely with.  We employ

4   a nurse as an example that would work very closely

5   and be supervised very closely by a physician, and

6   in that instance their input would be valuable.

7        Q.    Okay.  You indicated as far as PBS was

8   concerned immediate day-to-day supervision of the

9   employees is done by the office manager?

10       A.    The billing operations, yes.

11       Q.    Now, turning to Clinical Radiologists,

12  who has immediate day-to-day supervision of the

13  employees of Clinical Radiologists?

14       A.    It would depend on what type of

15  employee.  If it was a non-physician then that

16  would directly come to me, but I work with the

17  executive committee in a collaborative way so many

18  times I would discuss those issues.  It is a

19  medical practice so it is operated and ran by

20  physicians, and I work with them to carry out their

21  policy as they've sat down.

22       Q.    Turning to your Response to Interrogatory

23  Number 6, you've provided a list of the Board of

24  Directors of Clinical Radiologists and you've

26

1    provided a list of 15 individuals sitting on the

2    board of Clinical Radiologists in May of 2003; is

3    that accurate?

4         A.    It appears accurate.

5         Q.    Okay.  Would you agree that of those

6    individuals Darrel Anderson, Charles Neal, John

7    Snodsmith, Lisa Wichterman, William Moore, Casey

8    Muehle, Kevin Coakley, David Alexander, Andrew

9    Sherrick, Eric Paul Justin, and Patricia Whitworth

10   also sat on the Board of Directors of PBS?

11        A.    I believe that's accurate.

12        Q.    Okay.  And in regards -- well, what sort

13   of functions does the Board of Directors undertake

14   at Clinical Radiologists?

15        A.    The Board of Directors of Clinical

16   Radiologists are elected by the shareholders and

17   the owners of that entity to assist with carrying

18   out the functions of that medical corporation.

19        Q.    What do the Board of Directors of PBS do?

20        A.    The Board of Directors at PBS would have

21   functions laid out within the bylaws of that

22   corporation and would function as such.

23        Q.    Can you give me an idea of what functions

24   are laid out in the bylaws?

27

1      A.    I would need to review the bylaws

2   specifically to answer that.

3      Q.    Okay.  Is there anything you can tell me

4   -- well, first let me ask, do you have an opinion,

5   and if you don't just tell me you don't, but I mean

6   is it a ceremonial post or does the Board of

7   Directors of PBS actually do some hands-on work as

8   far as the running of PBS?

9      A.    I don't really have an opinion.

10      Q.    Okay.  You've also, I believe if we can

11   turn the page, provided a list of the executive

12   individuals who sit on the executive committee of

13   Clinical Radiologists as of May 1, 2003.

14      A.    We're on Interrogatory Number 6.

15      Q.    Yes.

16      A.    Okay.

17      Q.    Those individuals who were on the

18   executive committee were Darrel Anderson, John

19   Snodsmith, William Moore, Andrew Sherrick, and

20   that's S-H-E-R-R-I-C-K, and Eric Paul Justin.  Each

21   member of Clinical Radiologists executive committee

22   also held stock in and was a member of the Board of

23   Directors of PBS, correct?

24      A.    I believe that's correct.

28

1      Q.    Okay.  And, again, you're the chief

2   executive officer for Clinical Radiologists and you

3   were in May of 2003?

4      A.    That's correct.

5      Q.    And you were also a stockholder and

6   member of the Board of Directors of PBS in May of

7   2003, correct?

8      A.    That's correct.

9      Q.    Okay.  In Interrogatory Number 8 you were

10  asked to identify all individuals responsible for

11  formulating and implementing all labor relations

12  policies for PBS and you indicated that quote the

13  manager of Professional Business Services is

14  responsible for implementing labor relations and

15  employment policies applicable to its employees.

16  Managers decisions are approved by Thomas C.

17  Dickerson, the secretary slash vice president of

18  PBS.  During Plaintiff's employment the manager was

19  Fred Williamson.

20          Did Fred Williamson, as PBS's

21  manager, have to get your approval for all labor

22  and employment policies that he wanted to enact?

23      A.    No.

24      Q.    What sort of policies did he have to get

29

1   your approval for?

2        A.    Those policies would have been things

3   like hiring of staff, termination of staff, change

4   of policy that had previously been laid out.

5        Q.    What sort of policies -- can you give me

6   an example of a policy that had previously been

7   laid out that he would want to change?

8        A.    I'm sorry?

9        Q.    That he wanted to change or approached

10  you.

11       A.    I don't recall specifically.

12       Q.    Okay.  And hiring and firing, those

13  policies we just discussed, those are things he had

14  to get your approval for?

15       A.    Within the budget of hiring he could hire

16  a personnel, particularly temporary personnel, to

17  fill voids within the day-to-day operations, but

18  terminations would come through me for permanent

19  employees.

20       Q.    Besides hiring of temporary personnel,

21  what sort of employment and labor policies was Fred

22  Williamson free to enact without seeking or

23  obtaining your approval?

24       A.    Are you asking for examples?

30

1     Q.   Yes, please.

2     A.   Assuring that employees were there and

3  working and doing their job.  He would have been

4  responsible to make sure employees, you know, came

5  to work each day and those types of things.

6     Q.   Would you agree that that's sort of an

7  enforcement of a pre-existing policy as opposed to

8  the creation and implementation of a new policy?

9     A.   Yes, he would not typically be creating

10 policy on his own.

11    Q.   Okay.  Then since he didn't create or

12 implement policies on his own, did you then, as the

13 vice president/secretary of PBS, have final

14 responsibility for implementing or creating new

15 employment policies?

16    A.   That typically would be discussed with

17 the president if there was a major change in

18 policy, but typically day-to-day operational type

19 policies not of nuclear quote unquote magnitude

20 would be handled by me.  When you refer to policies

21 before, I think just to clarify, there is a

22 difference between day-to-day procedural changes

23 and day-to-day policy changes.

24              I view policy more as big picture

31

1    rules that are followed.  Procedures may be changed

2    on a daily or weekly or a monthly basis depending

3    on the needs of the billing practice in the case of

4    PBS.

5         Q.   Okay.  I have to say it kind of gives me

6    pause when you talk about nuclear policy and we're

7    talking about radiologists.

8              When you were implementing policy,

9    or sort of formulating policy for PBS, did you ever

10   rely upon your experience with Clinical

11   Radiologists and the non-physician employees that

12   you oversaw at that facility or at that business?

13        A.   Can you rephrase.

14        Q.   Well, let me back that up a little bit.

15   How long has PBS been in existence?

16        A.   I don't know the specific date.  I

17   believe early 90s.  I'd have to check.

18        Q.   Okay.  And how long have you been with

19   PBS?

20        A.   Rephrase that.

21        MS. PAPUSHKEWYCH:   I'm going to object to

22   that.  Been with it.  I don't know what you mean.

23        Q.   How long have you been associated with

24   PBS as an employee or officer of the business?

32

1          MS. PAPUSHKEWYCH:    I'm going to object to

2     the form of that, but go ahead and answer if you

3     can.

4          A.    Approximately six years.

5          Q.    What was your first position with PBS or

6     office if you were some other than an employee?

7          A.    Vice president.

8          Q.    And do you know how long Clinical

9     Radiologists has been a functioning entity,

10     business entity?

11          A.    I don't know the specific but, you know,

12     in excess of 25 years.

13          Q.    Okay.  When did you first become

14     associated, either as an employee or in some other

15     capacity, associated with Clinical Radiologists?

16          A.    June of 1998 is when I became employed by

17     Clinical.

18          Q.    So you became vice president of PBS about

19     the same time you first became employed by Clinical

20     Radiologists; is that accurate?

21          A.    I believe it wasn't until later when I

22     was given some responsibilities in that capacity.

23          Q.    It was later that you were given some

24     responsibilities for PBS or later that you were

33

1   given some responsibilities for Clinical

2   Radiologists?

3          A.   PBS.

4          Q.   Okay.  So first you were hired on at

5   Clinical Radiologists and then later you were

6   assigned some responsibilities for PBS; is that

7   what you're saying?

8          A.   I need to review, you know, specific

9   contract language to answer that specifically.

10         Q.   Okay.  Can you just give me a time frame,

11  though?  Do I at least have the time frame right

12  that first you were at Clinical Radiologists and

13  then later on you became vice president/secretary

14  of PBS?

15         A.   I believe the time period is similar.

16  Again, I would need to review my initial employment

17  contract to see what that said.

18         Q.   Okay.  Did you go through a separate set

19  of interviews for the two positions?

20         A.   No.

21         Q.   Okay.  Was it sort of a package deal that

22  when you were brought on that we're hiring you as

23  CEO of Clinical Radiologists and part of your

24  duties are going to be to oversee PBS?

34

1          A.    My initial contract I'd have to review to

2    see how that was stated.

3          Q.    Okay.  Can you recall --

4          A.    As I recall a portion of my contract

5    stated that I would have some responsibilities at

6    that time to oversee the PBS entity.

7          Q.    Okay.  I mean when you say the portion of

8    your contract, you're referring to the contract you

9    had with Clinical Radiologists?

10         A.    My employment agreement, yes.

11         Q.    Okay.  Going back to your capacity as

12   secretary/vice president, did you have final

13   approval to accept or reject any employment policy

14   that Fred Williamson brought to you or that you

15   created or were there things that you had to take

16   to the Board of Directors?

17         A.    There would be things that I would take

18   to the Board of Directors if it was applicable or I

19   would take up through Dr. Anderson as the

20   president.

21         Q.    Okay.  Moving over to Clinical

22   Radiologists, as the chief executive officer, at

23   least according to your Answer to Interrogatory

24   Number 8, you were the individual who formulates

35

1    and implements labor relations policies and

2    employment policies for non-physician employees

3    with the approval of the executive committee as

4    needed; is that accurate?

5         A.    Policies would be typically approved by

6    executive committee working through the Board of

7    Directors and then I would carry out policy based

8    on one or both of those entities' approval.

9         Q.    Okay.  So in Interrogatory Number 9 you

10   say your answer says with respect to its

11   non-physician employees, Thomas C. Dickerson, chief

12   executive officer, formulates and implements labor

13   relations and employment policies with the approval

14   of the executive committee as needed, and that's in

15   response to a question asking you to list and

16   identify all individuals responsible for

17   formulating and implementing all labor relations

18   and employment policies applicable to the employees

19   of Clinical Radiologists.

20              So are you saying now that you

21   didn't have final authority to formulate and

22   implement labor relations policies, but that you

23   had to get the approval of the executive committee

24   for everything you did?

36

```
 1        A.    I'm saying on an operational level I have

 2    a line of authority to enact and formulate labor

 3    relations and employment policies as -- you know I

 4    don't operate in a vacuum.  The executive committee

 5    has authority and abilities laid out through the

 6    Board of Directors and I work with both of those

 7    entities to carry out those policies.

 8                    For non-physician employees I would

 9    have, as the chief executive officer, the ability

10    to implement labor relations and employment

11    policies, again, with the approval of the executive

12    committee and then it would be up to the executive

13    committee to obtain whatever authority they may

14    feel they needed from the Board of Directors

15    depending on the situation.

16        Q.    Okay.  Can you give me an example of some

17    of the sort of operational things that you can

18    enact without having to get, in regards to

19    non-physician employees of Clinical Radiologists,

20    that you could enact without having to get the

21    approval of the executive committee?

22        A.    Evaluation of employees, time off, you

23    know, re-assigning work.  Those types of things.

24        Q.    Okay.  Heading on the home stretch.  In
```

37

1    Interrogatory Number 11 you were asked to describe

2    any of the relationships which exist between PBS

3    and Clinical Radiologists, and you indicate that

4    through a contract, PBS provides billing services

5    for Clinical Radiologists and that shareholders of

6    Clinical Radiologists may be eligible to be

7    considered as purchasers of shares in PBS.

8              Do the Clinical Radiologists

9    shareholders receive any special consideration in

10   being considered for the possibility of them

11   purchasing PBS shares?  I mean, in other words, you

12   see where I'm going?  In other words, if I, as a

13   non Clinical Radiologists shareholder, wants to buy

14   shares in PBS and Keith A. Knepel, M.D., a

15   shareholder in Clinical Radiologists, we both want

16   to buy shares in PBS, who is going to get the -- is

17   it the fact that I have non shareholder status in

18   Clinical Radiologists going to be held against me?

19        MS. PAPUSHKEWYCH:   I'm not sure I

20   understand the question.  Do you understand that?

21   I'll object to it.

22        Q.   Let me make it more simple.  Do you have

23   to be a shareholder in Clinical Radiologists in

24   order to become a shareholder in PBS?

38

```
1          A.    That would be -- the answer to that would

2    be that would be up to the Board of Directors and

3    shareholders of that entity as specified in their

4    bylaws.

5          Q.    Have you sat in on any discussions in

6    which potential purchasers of PBS shares are

7    considered by the Board of Directors?

8          A.    Of what entity?

9          Q.    Board of -- let me see.  We're talking

10   about the PBS Board of Directors.  Have you sat in

11   on any decisions in which they have discussed

12   individuals who want to purchase PBS shares and

13   whether or not to sell them shares?

14         A.    I'm going to ask you to rephrase.  I

15   didn't catch the last part of what you said.

16         Q.    Okay.  Have you ever sat in on any Board

17   of Directors meetings in which the issue of selling

18   shares to individuals was discussed?

19         A.    Yes.

20         Q.    Okay.  How many such meetings have you

21   sat in on?

22         A.    I couldn't answer that accurately.

23         Q.    Can you tell me what impact, if any, the

24   fact that a purchaser may be a shareholder in
```

39

1    Clinical Radiologists would have in the decision of

2    the PBS Board of Directors as to whether or not to

3    sell PBS shares to that individual?

4        A.    Rephrase that one more time.

5        Q.    Okay.  Does the fact that a possible

6    purchaser of PBS stock holds stock in Clinical

7    Radiologists weigh in favor or against that

8    individual when the PBS Board of Directors deciding

9    whether or not to sell them shares of PBS stock?

10       A.    I think that Clinical Radiologists

11   physician shareholders may be eligible to purchase

12   shares in Professional Business Services.

13       Q.    Okay.  Are non Clinical Radiologists

14   shareholders eligible to purchase shares in PBS?

15       A.    I need to review the bylaws, but I

16   believe so.

17       Q.    I should have asked that question that

18   way the first time.  It would have made it a heck

19   of a lot easier.

20              In Interrogatory Number 12 you were

21   asked to describe all instances in which PBS and

22   Clinical Radiologists share services, and in your

23   answer you indicate that Kim Sparrow, a Clinical

24   Radiologists employee, has specified duties in the

40

1    implementation of personnel actions of PBS.

2                    Can you tell me a little bit about

3    those duties?  What are their specified duties that

4    Kim Sparrow has?

5        A.    Typically she would be utilized to assist

6    with human resource type functions, explanation of

7    benefits.  Those types of things.

8        Q.    Okay.  What title does she hold at

9    Clinical Radiologists?

10        A.    To be honest with you I can't give you

11    her specific title, but she does HR benefits and

12    she also works a lot with our computer systems.

13    I'd have to refresh to give you the specific title.

14        Q.    Okay.  Does she hold a job title at PBS?

15        A.    No.

16        Q.    Okay.  You said that she explains

17    benefits of PBS; is that accurate?  That's some of

18    the specified duties she has.

19        A.    She could be called on to do that, yes.

20        Q.    Okay.  Why is she called on to do that?

21    Does PBS and Clinical Radiologists have the same

22    benefits packages for their non-physician

23    employees?

24        A.    That's a pretty broad question.  Exactly

41

1    the same I don't believe the answer to that is yes;

2    however, the health benefit plan that serves both

3    Clinical Radiologists and Professional Business

4    Services, they both utilize the same provider of

5    those services.

6        Q.    Okay.  How often does Kim Sparrow perform

7    these HR functions for PBS?

8        A.    Really more on a perdiem type basis I

9    would say.  I couldn't specifically tell you the

10   answer to that, but it would be as needed.

11       Q.    Okay.  You mentioned a perdiem basis.

12   Does she keep a separate time sheet for when she

13   works for PBS?

14       A.    Yes.  We typically, whether or not it's a

15   time sheet or not, but we try to keep track of the

16   time spent for both Clinical Radiologists and

17   Professional Business Services if there is the need

18   for that, yes.

19       Q.    Okay.  So if she is explaining benefits

20   to PBS employees, she's going to be paid by, well

21   ultimately by PBS's shareholders and owners,

22   correct?

23       A.    That could be the case, or if it was a

24   limited type function it could be covered under her

42

1    salary that she gets for Clinical Radiologists.

2        Q.    Okay.  Does PBS claim her as an employee

3    as far as taxes or anything?

4        A.    Not to my knowledge.

5        Q.    Okay.  So she's strictly a Clinical

6    Radiologists employee as far as --

7        A.    That's correct.

8        Q.    Okay.  Are PBS employees and Clinical

9    Radiologists employees paid from separate accounts?

10        A.    That's correct.

11        Q.    Okay.  Are they covered by -- are PBS

12    employees and Clinical Radiologists employees

13    covered by separate insurance companies?

14        A.    They pay their own insurance bills, but

15    as I indicated earlier they use a common vehicle

16    for the benefit plan itself.

17        Q.    Okay.  Actually does PBS carry any sort

18    of liability insurance in the event that one of its

19    employees is, you know, guilty of negligence and

20    the company would be sued under a respondent --

21    let's say that a PBS employee is driving somewhere

22    and runs over a little old lady in the street and

23    the little old lady sues PBS.  Does PBS carry

24    insurance to cover that sort of thing?

43

1      A.    Again, you're referring to the time

2   period in question?

3      Q.    Yes.

4      A.    I'd have to check the record for that

5   specifically.

6      Q.    Okay.  Do you know if that same scenario

7   were applied to Clinical Radiologists, do they

8   carry insurance to cover that sort of thing?

9      A.    Yes.

10      Q.    Okay.  And let's take this as a

11   hypothetical.  Kim Sparrow is driving on her way

12   from Clinical Radiologists to the Miller Street

13   offices of PBS and she runs over this old lady.

14   Who is going to claim her as the employee, PBS or

15   Clinical Radiologists in that situation?

16      A.    She is employed by Clinical Radiologists.

17      Q.    Okay.  Did Fred Williamson ever perform

18   any duties for Clinical Radiologists while he was

19   the manager for PBS?

20      A.    Only as a client.

21      Q.    Okay.  Did he ever interview individuals

22   who were applying for administrative staff

23   positions or support staff positions at Clinical

24   Radiologists?

44

1        A.    Not to my knowledge.

2        Q.    Okay.  And when you say -- would anybody

3   have knowledge other than you?

4        A.    There is lots of other people who have

5   knowledge but.

6        Q.    True.

7        A.    I believe the answer to that question is

8   no.

9        Q.    Okay.

10       A.    The answer to your first question is no.

11  Did he participate in interviewing for Clinical

12  Radiologists employees, no.

13       Q.    Okay.  Did he ever sit in on any sort of

14  disciplinary action for Clinical Radiologists

15  support staff?

16       A.    No.

17       Q.    Okay.  Did he have any sort of human

18  right or human resources type function for Clinical

19  Radiologists employees?

20       A.    No.

21       Q.    Okay.  I do have one thing that may take

22   -- in Interrogatory Number 13 you were asked to

23  provide a list and dates of service of PBS and

24  Clinical Radiologists employees and you provided --

45

1    do you have that list?

2        A.    In Interrogatory Number?

3        Q.    Thirteen.

4        A.    Yes, I have that.

5            MR. WILSON:    Okay.  You never provided

6    the position held or the dates of employment.

7    Gerri, it's your preference.  Would you rather just

8    supplement as opposed to me asking to go through

9    this?

10           MS. PAPUSHKEWYCH:    Yes.  Now what is it

11   specifically that you want?

12           MR. WILSON:    Just positions held.

13           MS. PAPUSHKEWYCH:    Of each person at

14   CRSC?

15           MR. WILSON:    Yeah.  And I'm seeing most

16   of these folks are doctors.  You can just put

17   doctors, but for the non ones, for example, this

18   Sparrow, if you could find her title and dates of

19   employment.

20           MS. PAPUSHKEWYCH:    Dates of employment.

21   Okay.  That's fine.

22           MR. WILSON:    That way we don't have to

23   have you go through this right now.  Okay.  I'll

24   have you supplement those.

46

1          MS. PAPUSHKEWYCH:   We'll supplement

2     those.

3          MR. WILSON:   Okay.  I think you've

4     already answered my last question so that's all

5     that I have for today.

6          MS. PAPUSHKEWYCH:   We don't have

7     anything.  We'd probably like to read too and sign

8     it.

9                FURTHER DEPONENT SAITH NOT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

47

1

2

3

4

5

6

7

8

9

10

11

12                    ERRATA SHEET

13

14

15

16

17

18

19

20

21

22

23

24

48

```
 1   STATE OF ILLINOIS    )

 2                        )  SS.

 3   COUNTY OF SANGAMON   )

 4                  C E R T I F I C A T E

 5           I, MOLLY A. HOBBIE, a Certified Shorthand

 6   Reporter and Notary Public, in and for said County

 7   and State, do hereby certify that the Deponent

 8   herein, Thomas C. Dickerson, prior to the taking of

 9   the foregoing deposition, and on October 26, 2004,

10   was by me duly sworn to testify to the truth, the

11   whole truth and nothing but the truth in the cause

12   aforesaid; that the said deposition was taken down

13   by me in shorthand and afterwards transcribed, and

14   that the attached transcript contains a true and

15   accurate translation of my shorthand notes referred

16   to.

17           Given under my hand and seal this 11th

18   day of November, A.D., 2004.

19

20

21                      Certified Shorthand Reporter

22                      and Notary Public

23                      CSR # 084-003897

24   My commission expires April 14, 2006.
```