IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROFESSIONAL BUSINESS SERVICES )<br>OF CENTRAL ILLINOIS, INC., )<br>)<br>Defendant. ) | No. 03-3283 |

### ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST TO PRODUCE REGARDING DEFENDANT'S STATUS AS AN "EMPLOYER"

NOW COMES the Defendant, PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC., and for its Answers and Objections to Plaintiff's First Set of Interrogatories and Request to Produce Regarding Defendant's Status as an "Employer" states as follows:

### General Objections to All Interrogatories and Requests

A. To the extent Defendant does not follow Plaintiff's directions, definitions and instructions preceding Plaintiff's Interrogatories and Requests, Defendant objects to those directions, definitions and instructions as vague, overbroad, unduly burdensome taking into account the circumstances of this case and seeking information neither relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

B. Defendant further objects to each of the Requests and Interrogatories to the extent that they seek confidential, competitively sensitive business information that Defendant is unwilling



to produce without an assurance that it will be handled according to the requirements of a protective order pursuant to Rule 26 of the Federal Rules of Civil Procedure.

C. Defendant objects to each of the Requests and Interrogatories to the extent that they purport to impose obligations on Defendant beyond those imposed by the Federal Rules of Civil Procedure.

### Specific Objections and Responses

**INTERROGATORY NO. 1:** Please identify and state the name, address and telephone number of all persons contributing information used in Defendant's responses to Plaintiff's discovery requests as well as any other individual with knowledge of any fact which pertains to Plaintiff's claims against Defendant.

Please produce copies of all statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Plaintiff's claims against Defendant. If Defendant claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 1 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant states that the individual supplying information for these responses is:

    Thomas C. Dickerson, Vice-President/Secretary
    c/o Gerri Papushkewych
    Wolfson & Papushkewych LLP
    2904 Greenbriar Drive, Suite D
    Springfield, IL  62704
    (217)787-3210

**INTERROGATORY NO. 2:** Please list all owners, partners or shareholders in Professional Business Services of Central Illinois. For each individual listed, please indicate their name, address and the percentage their of ownership interest or the number of shares of stock they own.

Please produce copies of all statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's response to Interrogatory No. 2. If Defendant claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 2 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant has attached a list of the shareholders of Professional Business Services of Central Illinois, Inc. and the number of shares of stock each shareholder owns as "Response to Interrogatory No. 2".

**INTERROGATORY NO. 3:** Please list all owners, partners or shareholders in Clinical Radiologists. For each individual listed, please indicate their name, address and percentage of their ownership interest or the number of shares of stock they own.

Please produce copies of all statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 3. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

3

**ANSWER:**

Defendant objects to Interrogatory No. 3 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant has attached a list of the shareholders of Clinical Radiologists, S.C. and the number of shares of stock each shareholder owns as "Response to Interrogatory No. 3".

**INTERROGATORY NO. 4:** Please list all owners, partners or shareholders in University Radiologists. For each individual listed, please indicate their name, address and percentage of their ownership interest or the number of shares of stock they own.

Please produce copies of all statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 4. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant has no knowledge.

**INTERROGATORY NO. 5:** Please list and describe the management structure for Professional Business Services of Central Illinois as it existed from June 6, 2000 through May 6, 2003. For each position listed in said management structure, please identify by name, address and telephone number the person holding the position and describe the job duties and functions of each position.

Please produce copies of all evaluations, statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's

Response to Interrogatory No. 5. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 5 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant has attached an organizational chart as "Response to Interrogatory No. 5".

**INTERROGATORY NO. 6:** Please list and describe the management structure for Clinical Radiologists as it existed from June 6, 2000 through May 6, 2003. For each position listed in said management structure, please identify by name, address and telephone number the person holding the position and describe the job duties and functions of each position.

Please produce copies of all evaluations, statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 6. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 6 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant states that the shareholders of Clinical Radiologists elect a Board of Directors. The Board of Directors elects an Executive Committee which manages the business of the corporation and handles all matters related to physicians. All matters related to the non-physician employees are handled by

5