SHAREHOLDERS AND BOARD OF DIRECTORS OF
PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC.
AS OF MAY 1, 2003

| Name | Number of Shares |
| --- | --- |
| Charles H. Williams, M.D. | 10,000 |
| Darrel R. Anderson, M.D. | 10,000 |
| Roland D. Cull, M.D. | 10,000 |
| Steven J. Jackman, M.D. | 10,000 |
| John M. Snodsmith, M.D. | 10,000 |
| Charles E. Neal, M.D. | 10,000 |
| Lisa S. Wichterman, M.D. | 6,000 |
| William Moore, M.D. | 10,000 |
| Casey Muehle, M.D. | 10,000 |
| Kevin J. Coakley, M.D. | 10,000 |
| David Alexander, M.D. | 10,000 |
| Eric Paul Justin, M.D., MPH | 10,000 |
| Andrew D. Sherrick, M.D. | 10,000 |
| Thomas C. Dickerson | 10,000 |
| Patricia Whitworth, M.D. | 8,500 |

Response to Interrogatory No. 2

# SHAREHOLDERS OF
# CLINICAL RADIOLOGISTS, S.C.
## AS OF MAY 1, 2003

| Name | Number of Shares |
| --- | --- |
| Darrel R. Anderson, M.D. | 10,635 |
| Steven J. Jackman, M.D. | 10,635 |
| John M. Snodsmith, M.D. | 10,635 |
| Charles E. Neal, M.D. | 10,635 |
| Lisa S. Wichterman, M.D. | 6,381 |
| William Moore, M.D. | 10,635 |
| Casey Muehle, M.D. | 10,635 |
| Kevin J. Coakley, M.D. | 10,635 |
| David Alexander, M.D. | 10,635 |
| Andrew D. Sherrick, M.D. | 10,635 |
| Eric Paul Justin, M.D., MPH | 10,635 |
| Patricia Whitworth, M.D. | 9,039.75 |
| Keith A. Knepel, M.D. | 10,635 |
| John H. Schlepphorst, D.O. | 10,635 |
| Lucy Ann R. Christopherson, M.D. | 10,635 |
| George R. Magre, M.D. | 10,635 |
| Prasad Vasireddy, M.D. | 10,635 |
| J.A. (Tony) Rodriguez, M.D. | 10,635 |
| Craig Russo, M.D. | 10,635 |
| Robert Stallworth, M.D. | 10,635 |
| Robert Haag, M.D. | 10,635 |
| Kenneth L. Kraudel, M.D. | 10,635 |
| Marcella M. Butler, M.D. | 10,635 |

Response to Interrogatory No. 3

# PBS ORGANIZATIONAL CHART



President: Darrel R. Anderson, M.D.
Vice President: Thomas C. Dickerson
Billing Operations Manager: Fred Williamson
Systems Administrator: Kelly Sweeton
Billing Supervisor: Edward MacMurdo

Response to Interrogatory No. 5

BOARD OF DIRECTORS OF
CLINICAL RADIOLOGISTS, S.C.
AS OF MAY 1, 2003

Darrel R. Anderson, M.D.
Charles E. Neal, M.D.
John M. Snodsmith, M.D.
Lisa S. Wichterman, M.D.
William Moore, M.D.
Casey Muehle, M.D.
Kevin J. Coakley, M.D.
David Alexander, M.D.
Andrew D. Sherrick, M.D.
Eric Paul Justin, M.D., MPH
Patricia Whitworth, M.D.
Keith A. Knepel, M.D.
John H. Schlepphorst, D.O.
Lucy Ann R. Christopherson, M.D.
George R. Magre, M.D.

Response to Interrogatory No. 6
(Page 1 of 2)

EXECUTIVE COMMITTEE OF
CLINICAL RADIOLOGISTS, S.C.
AS OF MAY 1, 2003

Darrel R. Anderson, M.D.
John M. Snodsmith, M.D.
William Moore, M.D.
Andrew D. Sherrick, M.D.
Eric Paul Justin, M.D., MPH

Response to Interrogatory No. 6
(Page 2 of 2)

CRSC

| # | L NAME | F NAME |
|---|---|---|
| 1 | Alexander, M.D. | David |
| 2 | Anderson, M.D. | Darrel |
| 3 | Anderson, M.D. | Todd |
| 4 | Blake | Pam |
| 5 | Butler, M.D. | Marcella |
| 6 | Christopherson, MD | LucyAnn |
| 7 | Coakley, M.D. | Kevin |
| 8 | Cull, M.D. | Roland |
| 9 | Dickerson | Tom |
| 10 | Fernandez, M.D. | Gaspar |
| 11 | Funk | Janet |
| 12 | Gupta, M.D. | Kanchan |
| 13 | Haag, M.D. | Robert |
| 14 | Jackman, M.D. | Steven |
| 15 | Justin, M.D. | Eric |
| 16 | Knepel, M.D. | Keith |
| 17 | Kraudel, M.D. | Kenneth |
| 18 | Lauderback | Jack |
| 19 | Lee, M.D. | Raymond |
| 20 | Magre, M.D. | George |
| 21 | Miller | Jane |
| 22 | Moore, M.D. | William |
| 23 | Muehle, M.D. | Casey |
| 24 | Neal, M.D. | Charles |
| 25 | Rodriquez, M.D. | Jose |
| 26 | Russo, M.D. | Craig |
| 27 | Schlepphorst, M.D. | John |
| 28 | Sherrick, M.D. | Andrew |
| 29 | Sitton-Petro | Tracy |
| 30 | Skelton | Stacie |
| 31 | Snodsmith, M.D. | John |
| 32 | Sparrow | Kimberly |
| 33 | Stallworth, MD | Robert |
| 34 | Vasireddy, M.D. | Prasad |
| 35 | Vehovc | Lana |
| 36 | Whitworth, M.D. | Patricia |
| 37 | Wichterman, M.D. | Lisa |

Response to Interrogatory No. 13
(Page 1 of 2)

PBS

|    | L. NAME     | F. NAME   |
|----|-------------|-----------|
| 1  | Clayborne   | Robin     |
| 2  | Cutler      | Tamara    |
| 3  | Ellenburg   | Kimberly  |
| 4  | Emerick     | Lynn      |
| 5  | Foster      | Kara      |
| 6  | Graham      | Misty     |
| 7  | Gibson      | Martha    |
| 8  | Hedrick     | Shalean   |
| 9  | Hughes      | Dawn      |
| 10 | Lauderback  | Julie     |
| 11 | MacMurdo    | Edward    |
| 12 | March, Sr.  | Thomas    |
| 13 | Nevins      | Jeffrey   |
| 14 | Sullivan    | Kathleen  |
| 15 | Sweeton     | Kelly     |
| 16 | Syson       | Janice    |
| 17 | Watkins     | Karen     |
| 18 | Whitehorn   | Christina |
| 19 | Williamson  | Fred      |

Response to Interrogatory No. 13
(Page 2 of 2)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Answers and Objections to Plaintiff's First Set of Interrogatories and Request to Produce Regarding Defendant's Status as an "Employer" was served upon the following individual by enclosing the same in an envelope with postage fully prepaid, addressed as follows, and by depositing said envelope in a United States Post Office mail box in Springfield, Illinois on this 22nd day of July, 2004.

Bradley B. Wilson
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL  62703