E-FILED
Monday, 06 December, 2004  04:17:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 03-3283 |
| | ) |
| PROFESSIONAL BUSINESS SERVICES | ) |
| OF CENTRAL ILLINOIS, INC., | ) |
| | ) |
| Defendant. | ) |

## REQUEST FOR ORAL ARGUMENT

Defendant Professional Business Services of Central Illinois, Inc. requests oral argument on its Motion for Summary Judgment.

                                    Respectfully Submitted,

                                    PROFESSIONAL BUSINESS SERVICES
                                    OF CENTRAL ILLINOIS, INC., Defendant

                                    s/Gerri Papushkewych
                                    Gerri Papushkewych, Bar No. 11240
                                    Attorney for Defendant
                                    Wolfson & Papushkewych LLP
                                    2904 Greenbriar Drive, Suite D
                                    Springfield, IL  62704
                                    Telephone:  (217)787-3210
                                    Telefax:  (217)787-1752
                                    E-mail:  gerrip@wpllplaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley B. Wilson
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL  62703

      s/Gerri Papushkewych
      Gerri Papushkewych, Bar No. 11240
      Attorney for Defendant
      Wolfson & Papushkewych LLP
      2904 Greenbriar Drive, Suite D
      Springfield, IL  62704
      Telephone:  (217)787-3210
      Telefax:  (217)787-1752
      gerrip@wpllplaw.com