IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, )<br>)<br>  Plaintiff, )<br>)<br>  vs. )<br>)<br>PROFESSIONAL BUSINESS SERVICES )<br>OF CENTRAL ILLINOIS, INC., )<br>)<br>  Defendant. ) | Case No. 03-3283 |

## DEFENDANT'S MOTION TO SUBSTITUTE AFFIDAVIT FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC. by and through its attorneys Wolfson & Papushkewych LLP and hereby moves this Honorable Court for leave to withdraw the Affidavit of Thomas C. Dickerson dated December 3, 2004 filed in support of the Motion for Summary Judgment and to substitute in lieu thereof the Affidavit of Thomas C. Dickerson dated December 6, 2004 attached to this Motion. In support of its Motion, Defendant states as follows:

   1.  Defendant filed a Motion for Summary Judgment on December 6, 2004; the Motion for Summary Judgment was the first electronic filing made by counsel's office.

   2.  The Affidavit of Thomas C. Dickerson dated December 3, 2004 was filed inadvertently; the attempted substitution of the December 3, 2004 Affidavit made prior to filing was not successful and counsel did not become aware of that fact until Friday, December 10, 2004.

3. All references in the Motion for Summary Judgment filed on December 6, 2004 are to the Affidavit of Thomas C. Dickerson dated December 6, 2004 and not to the December 3, 2004 Affidavit.

4. Permitting the substitution of the December 6, 2004 Affidavit of Thomas C. Dickerson for the December 3, 2004 Affidavit will not prejudice the Plaintiff who has until December 27, 2004 to respond to Defendant's Motion for Summary Judgment.

5. Counsel for Defendant, Gerri Papushkewych, has communicated with counsel for Plaintiff, Bradley B. Wilson, who has stated he has no objection to this Motion.

WHEREFORE, Defendant respectfully requests that this Court grant it leave to withdraw the Affidavit of Thomas C. Dickerson dated December 3, 2004 filed in support of the Motion for Summary Judgment and to substitute therefor the Affidavit of Thomas C. Dickerson dated December 6, 2004 attached to this Motion.

Respectfully Submitted,

PROFESSIONAL BUSINESS SERVICES
OF CENTRAL ILLINOIS, INC., Defendant

s/Gerri Papushkewych
Gerri Papushkewych, Bar No. 11240
Attorney for Defendant
Wolfson & Papushkewych LLP
2904 Greenbriar Drive, Suite D
Springfield, IL  62704
Telephone:  (217)787-3210
Telefax:  (217)787-1752
E-mail:  gerrip@wpllplaw.com

CERTIFICATE OF SERVICE

   I hereby certify that on December 13, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Bradley B. Wilson
 Gates, Wise & Schlosser, P.C.
 1231 South Eighth Street
 Springfield, IL  62703


             s/Gerri Papushkewych
             Gerri Papushkewych, Bar No. 11240
             Attorney for Defendant
             Wolfson & Papushkewych LLP
             2904 Greenbriar Drive, Suite D
             Springfield, IL  62704
             Telephone:  (217)787-3210
             Telefax:  (217)787-1752
             gerrip@wpllplaw.com