IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PROFESSIONAL BUSINESS SERVICES ) <br> OF CENTRAL ILLINOIS, INC., ) <br> ) <br> Defendant. ) | Case No. 03-3283 |

### AFFIDAVIT OF THOMAS C. DICKERSON

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF SANGAMON  )

THOMAS C. DICKERSON, being first duly sworn on oath, deposes and states:

1. I am the Secretary and Vice President of Professional Business Services of Central Illinois, Inc. ("PBS") and a shareholder and director of PBS; as Vice President, I am responsible for approval of certain decisions made by the manager.

2. I am employed by Clinical Radiologists, S.C. ("Clinical Radiologists") as the Chief Executive Officer of that group.

3. PBS is incorporated as an Illinois corporation under the Business Corporation Act of 1983. It has adopted Articles of Incorporation and bylaws governing the operations of PBS, files its own corporate annual reports with the Illinois Secretary of State, holds annual meetings and other meetings of Board members and shareholders as required or

necessary, maintains a current corporate minute book of its corporate activities, and otherwise complies with statutory requirements for an Illinois corporation.

    4. PBS files its own state and federal tax returns and pays its own taxes; PBS is organized as an S corporation for tax purposes.

    5. PBS and Clinical Radiologists each has its own bank accounts, writes its own checks, pays its own bills and is responsible for its own payroll.

    6. PBS and Clinical Radiologists each has its own accounting system and financial statements.

    7. PBS enters into leases and agreements on its own behalf. PBS has agreements with its clients, including Clinical Radiologists, for the billing services which it provides; has lease agreements for the space it occupies; has business associate agreements with clients under HIPAA; has its own agreements with providers of supplies, equipment and services; and purchases supplies and equipment for its own operation.

    8. During the relevant time period, PBS offices were located at 944 North First Street, Springfield, Illinois, 62702.

    9. Employees of PBS are governed by rules and policies which have been developed for PBS and are enforced by PBS.

    10. The employees of PBS do not transfer to Clinical Radiologists and the employees of Clinical Radiologists do not transfer to PBS; there have been no promotions or transfers of employees from one entity to the other.

    11. PBS and Clinical Radiologists each advertises for and hires its own employees, maintains its own personnel records, screens and tests applicants for employment for positions for that corporation only, and handles its own personnel matters.

12. Clinical Radiologists does not hire, fire or supervise employees of PBS, nor does it control the work or work schedules of PBS employees.

13. PBS does not hire, fire or supervise employees of Clinical Radiologists, nor does it control the work or work schedules of employees of Clinical Radiologists.

14. When I approve or disapprove a decision by a PBS manager to terminate an employee, I do so in my capacity as Vice President of PBS.

15. PBS does not employ any physicians.

16. All shareholders of Clinical Radiologists on May 1, 2003 had been shareholders for at least one year.

17. If Clinical Radiologists experiences losses, the employees other than its shareholders who are employees will continue to receive their full salaries, however, the compensation of those employees who are shareholders of Clinical Radiologists may be reduced or eliminated to permit the corporation sufficient cash to satisfy the losses.

18. In the event of a judgment against Clinical Radiologists, the compensation that would otherwise be allocated and distributed to the shareholders according to the corporation's cash distribution formula may be used to satisfy the judgment and shareholder cash distributions may be offset or eliminated. Non-shareholder employees of Clinical Radiologists will continue to receive their full salaries

19. If called to testify, I would competently testify to the above.

FURTHER AFFIANT SAYETH NAUGHT.

_____
THOMAS C. DICKERSON

Subscribed and sworn to before me this 6 day of December, 2004.

_____
Notary Public

"OFFICIAL SEAL"
BRIDGET K. HAMANN
Notary Public, State of Illinois
My Commission Expires 06/28/08

3