**E-FILED**
Monday, 20 December, 2004 12:33:36 PM
Clerk, U.S. District Court, ILCD

1 IN THE UNITED STATES DISTRICT COURT

2 FOR THE CENTRAL DISTRICT OF ILLINOIS

3 SPRINGFIELD DIVISION

4

5 KAREN WATKINS,    )
             )

6    Plaintiff,  )
             )

7  vs       ) Case No. 03-3283
             )

8 PROFESSIONAL BUSINESS )
 SERVICES OF CENTRAL  )

9 ILLINOIS, INC.,   )
             )

10    Defendant.  )

11

12

13 Deposition of THOMAS C. DICKERSON, taken at

14 the instance of the Plaintiff, on October 26, 2004

15 scheduled for the hour of 9:30 A.M., at 2904

16 Greenbriar Drive, Suite D, Springfield, Illinois,

17 before Molly A. Hobbie, Certified Shorthand

18 Reporter and Notary Public, pursuant to the

19 attached stipulation.

20

21

22 GOLEMBECK REPORTING SERVICE
   Connie S. Golembeck, Owner

23    (217) 523-8244
    (217) 632-8244

24

6

1    A.    That's accurate.

2    Q.    Okay.  Just so we're all on the same

3    page, during the course of this deposition I might

4    refer to Professional Business Services as PBS; is

5    that acceptable to you?

6    A.    Sure.

7    Q.    Okay.  You hold the title of vice

8    president/secretary of Professional Business

9    Services?

10    A.    Correct.

11    Q.    Can you briefly state what type of

12    business Professional Business Services or

13    Professional Business Systems is engaged in?

14    A.    It's a billing company.

15    Q.    Okay.  And what type of entities do you

16    bill for and do you send bills to?

17    A.    Okay.  Typically we bill for medical

18    groups.  Typically those bills are sent to

19    third-party payers, insurance companies, Medicare

20    and Medicaid.

21    Q.    And where --

22    A.    Or the patient.

23    Q.    Okay.  I think I received some of your

24    bills.  Where are the PBS offices located?

7

1      A.    The PBS office currently is located at

2  340 West Miller.

3      Q.    How long has it been there?

4      A.    It's been in that location less than a

5  year.  We lease property there currently.

6      Q.    Where were you before that?

7      A.    Before that we were at 944 North First.

8      Q.    Okay.  The Plaintiff in this case, Karen

9  Watkins, was employed by PBS or she's alleged she

10  was employed by PBS from 2000 through I believe May

11  of 2003.  During that time frame was the offices

12  for PBS located on First Street?

13      A.    At 944 North First, yes.

14      Q.    Okay.  Is your job with PBS a full-time

15  job?

16      A.    No.

17      Q.    What are your job duties?

18      A.    To oversee the billing operation.

19      Q.    Okay.  How many hours a week do you

20  devote towards your job duties at PBS?

21      A.    I'd say it varies.  I couldn't tell you

22  specifically how many hours per week.  A few hours

23  a week.  Not a significant portion of my job.

24      Q.    Okay.  As the vice president/secretary,

1   is your office located at the Miller Street

2   address?

3      A.   I have an office in Quincy, Illinois that

4   I maintain currently.  That's not a PBS office per

5   se, but that's where my office is located.

6      Q.   Okay.  Do you have an office at the PBS

7   facility at all?

8      A.   I do not.  Though I have office space

9   obviously that I can use from time to time.

10      Q.   As the person in charge I would hope so.

11   Do you have normal hours of work for the PBS job?

12      A.   Not specifically.

13      Q.   Okay.  How much does -- well, do you

14   receive a salary as vice president/secretary of

15   PBS?

16      A.   I do not.

17      Q.   Okay.  Do you receive any sort of pay

18   from PBS or is this a charitable endeavor?

19      A.   I am one of the owners of PBS.

20      Q.   Okay.  Are you paid -- do you receive any

21   sort of remuneration for your duties as vice

22   president and secretary?

23      A.   No.

24      Q.   Okay.  What type of pay do you receive as

9

1    an owner of PBS, if you receive pay?

2        A.    PBS owners receive dividends paid out on

3    typically a monthly basis from profits gleaned.

4        Q.    Okay.  You also hold the title of chief

5    executive officer for an entity known as Clinical

6    Radiologists; is that accurate?

7        A.    That is accurate.

8        Q.    What is Clinical Radiologists?

9        A.    Clinical Radiologists is a medical

10   physicians group.

11       Q.    Is that job you have with Clinical

12   Radiologists a full-time job?

13       A.    That's correct.

14       Q.    Okay.  What are your job duties as the

15   CEO of Clinical Radiologists?

16       A.    From an administrative point of view I

17   administrate and carry out policy from the Board of

18   Directors down through an executive committee of

19   physicians and carry out those policies and

20   day-to-day business issues, contracting, et cetera.

21       Q.    Do you have an office that you use when

22   working as the CEO for Clinical Radiologists?

23       A.    Yes.

24       Q.    Where is that office located?

1    A.    Primarily my office that I work out of

2    most of the time is in Quincy, Illinois.

3    Q.    Okay.  Does clinical Radiologists have

4    their own offices that they use in the course of

5    their business?

6    A.    Clinical Radiologists utilizes office

7    space located at 701 North First which is inside

8    Memorial Medical Center.

9    Q.    That's what I was going to ask.  As the

10    CEO of Clinical Radiologists do you have normal

11    hours of work?

12    A.    I have regular hours of work.  I don't

13    know how normal they are.  I guess you'd have to

14    define normal.

15    Q.    Actually if you can just tell me what

16    your regular hours of work are.

17    A.    I mean typically I work, you know,

18    daytime hours, you know, typically from early in

19    the morning, could be seven to eight o'clock in the

20    morning and it could be until six in the evening.

21    Q.    Do you get paid a salary for acting as

22    CEO of Clinical Radiologists?

23    A.    Yes.

24    Q.    Okay.  Can you tell me approximately how

11

1    much they pay you to act as the CEO?

2        A.    My current salary, not including bonus,

3    is $175,000.

4        Q.    Well done.  Have you ever held a position

5    with an entity known as University Radiologists?

6        A.    No.

7        Q.    Okay.  Are you familiar with University

8    Radiologists?

9        A.    Only from the standpoint that PBS

10   provides billing services for University

11   Radiologists.

12       Q.    Okay.  Is there any other relationship

13   between University Radiologists and PBS that you're

14   aware of other than the fact that University

15   Radiologists would be a client of PBS?

16       A.    They are a client of PBS, that's correct.

17       Q.    Any other relationship?

18       A.    None that I'm aware of.

19       Q.    Is there anybody that works for PBS that

20   also works for University Radiologists that you're

21   aware of?

22       A.    Not to my knowledge.

23       Q.    Is there any owner of PBS that's also an

24   owner of University Radiologists that you're aware

14

1   highlighted the individuals, at least the names

2   appear the same.  Do you want to go through that to

3   make sure it's accurate.

4                    (Pause)

5       A.   Would you repeat your question.

6       Q.   You've identified -- of the 15 PBS

7   shareholders that you identified in your Response

8   to Interrogatory Number 2, would you agree that 12

9   of those individuals are shareholders in Clinical

10  Radiologists, and I can go through the names if

11  you'd like?

12      A.   I believe that's correct.

13      Q.   Okay.  Just for the record, would you

14  agree that those individuals who own stock in both

15  PBS and Clinical Radiologists are Darrel Anderson,

16  Steve Jackman, John Snodsmith, Charles Neal, Lisa

17  Wichterman, William Moore, Casey Muehle.

18      A.   Muehle.

19      Q.   Kevin Coakley, David Alexander, Andrew

20  Sherrick, Eric Paul Justin and Patricia Whitworth?

21      A.   I believe that's correct.

22      Q.   Okay.  Now the list of PBS stockholders

23  you provided also list how much each stock or each

24  individual owns; is that correct?

15

1        A.    The number of shares are stated.

2        Q.    Okay.  According to that list, the 15

3   shareholders you identified, those individuals own

4   144,500 shares of PBS stock?

5            MS. PAPUSHKEWYCH:    I think that the

6   exhibit probably speaks for itself.

7            MR. WILSON:    Okay.  A lot of these

8   questions are going to be that, but I apologize.

9        Q.    Would you agree, does it appear accurate

10  that -- well, first, is 144,500, does that

11  represent the total amount of stock in PBS; in

12  other words, are there any shares that you didn't

13  account for in this exhibit?

14       A.    As of May 2003 I believe these are the

15  total number of shares represented by owners.

16       Q.    Okay.  Would you agree that out of those

17  144,500 shares of PBS stock, approximately 130,00

18  of those shares are owned by the 12 PBS

19  shareholders who also own stock in Clinical

20  Radiologists?

21       A.    Again, I would say the exhibit speaks for

22  itself.  I've not calculated the math.

23       Q.    Okay.  Exhibit Number 3 there are 23

24  shareholders you've identified and it appears that

16

1   they own a combined 238,755.75 shares of Clinical

2   Radiologists stock.

3                    Does that account for all of the

4   shares of Clinical Radiologists stock that were

5   outstanding in May 2003?

6        A.   I believe the Response to Interrogatory

7   Number 3 represents the total number of shares and

8   the shareholders as of that date.

9        Q.   Okay.  Out of the 23 clinical

10  Radiologists shareholders, 12 of those individuals

11  own stock in Professional Business Services; is

12  that accurate?

13       A.   I believe you asked that before, yes.

14       Q.   Do you believe that those 12 -- would you

15  agree that those 12 individuals who own stock in

16  both PBS and Clinical Radiologists own a majority

17  of the outstanding stock in Clinical Radiologists?

18           MS. PAPUSHKEWYCH:   I'm sorry, could you

19  repeat that question.  I don't know if he followed

20  it.

21           MR. WILSON:   Sure.

22       Q.   Okay.  In your Response to Interrogatory

23  Number 3 there are 12 individuals out of the 23

24  shareholders that we've identified as also holding

1   stock in PBS and would you agree that those 12

2   individuals own the majority of the stock in

3   Clinical Radiologists?

4        A.   I believe that's accurate as of that

5   date, yes.

6        Q.   Okay.  In Interrogatory Number 5 you were

7   asked to describe the management structure for PBS

8   as it existed from June 6, 2000 through May 6,

9   2003, and in response you submitted an

10  organizational chart.  Have you found that chart?

11       A.   I have it.

12       Q.   Okay.  Good.  At the top of the

13  organizational chart there is a box titled

14  shareholders and then directly below that box is a

15  box labeled as Board of Directors PBS.

16                 Just to be clear, the shareholders

17  and the Board of Directors are the same individuals

18  for PBS; isn't that accurate?  Going back to

19  Interrogatory Number 2.

20       A.   As of that date I believe that's correct.

21       Q.   Okay.  Just to make sure we're all on the

22  same page I'm going to assume that all your answers

23  are going to be as of the dates you've listed here,

24  and I'm not asking you the present, you know, what

18

1    the structure is presently, but as it was in May of

2    2003.

3        A.    Okay.

4        Q.    According to the PBS organizational

5    chart, immediately below the Board of Directors is

6    the president of PBS and the president was Darrel

7    Anderson.

8        A.    That's correct.

9        Q.    Okay.  Darrel Anderson was also a

10   shareholder in Clinical Radiologists?

11       A.    That's correct.

12       Q.    And he was a member of the Board of

13   Directors?

14           MS. PAPUSHKEWYCH:    Of which corporation?

15           MR. WILSON:    Of Clinical Radiologists.

16       A.    I believe that's correct.

17       Q.    If you would turn to the next page,

18   Response to Interrogatory Number 6, you've provided

19   a list of the Board of Directors of Clinical

20   Radiologists if that helps you.

21               Darrel Anderson is also a member of

22   the clinical Radiologists executive committee?

23       A.    Correct.

24       Q.    Okay.  What sort of duties did Darrel

20

1     Q.    Okay.  According to the chart, as vice

2   president you're directly below the president as

3   far as PBS's organizational structure is

4   concerned.

5     A.    That's correct.

6     Q.    Okay.  And, again, you've already

7   established you're the chief executive officer for

8   Clinical Radiologists also.  Below you on the PBS

9   organizational chart is the billing operations

10  manager.

11    A.    That's correct.

12    Q.    And in May of 2003 that was Fred

13  Williamson?

14    A.    That's correct.

15    Q.    Okay.  Does Mr. Williamson still work for

16  PBS?

17    A.    He does not.

18    Q.    Okay.  When did he -- was he terminated

19  or did he voluntarily resign?

20    A.    He voluntarily resigned.

21    Q.    Okay.  When was that?

22    A.    I'd have to review the records for that

23  specific date.

24    Q.    Do you know where Mr. Williamson resides?

1  level of the manager.

2      Q.   Okay.  When you say that he has

3  supervision over the operations of the office, does

4  that supervision include, for example, making sure

5  the lights are kept on, utilities are paid, that

6  the rent is paid on the premises?

7      A.   He would make sure that the lights are

8  obviously on.  How bills are paid is different.

9      Q.   Well, I didn't mean coming in and turning

10 on the lights.  I meant making sure that, you know,

11 the bills were paid to the utility company, that

12 sort of thing.

13     A.   Actually that responsibility is brokered

14 out to another party that pays our bills and it's

15 their responsibility to make sure the bills are

16 paid, so that wouldn't directly be his.

17     Q.   The billing services uses a billing

18 service?

19     A.   Not a billing service, but an accounting

20 firm.

21     Q.   Okay.  Moving on to Interrogatory Number

22 6 you were asked to describe the management

23 structure for Clinical Radiologists as it existed

24 from June 6th through May 6, 2003, and in your

23

1    response you indicated Board of Directors for

2    Clinical Radiologists elects an executive committee

3    which manages the business of the corporation and

4    handles all matters related to physicians.

5             You also stated all matters related

6    to non-physician employees are handled by the chief

7    executive officer with the approval of the

8    executive committee as needed.  What types of

9    business issues would the executive committee

10   handle?

11        A.   We're talking about Clinical

12   Radiologists?

13        Q.   Yes, we are.

14        A.   The executive committee would handle

15   things such as acquisitions, matters of employment

16   with physicians.  Those types of things.

17        Q.   Okay.  What sort of non-physician

18   employee matters does the CEO handle, CEO being

19   yourself?

20        A.   Employment and personnel.

21        Q.   Okay.

22        A.   There are other things.  That's one

23   example.

24        Q.   Looking at your answers to

24

1    interrogatories, Clinical Radiologists is primarily

2    composed of physicians; is that accurate?

3         A.    Of employees?  Primarily.

4         Q.    Okay.  And the non-physician employees

5    administrative support staff, is that accurate, for

6    general description of most of the non-physician

7    employees?

8         A.    Support staff would be a general

9    description.

10        Q.    What sort of non-physician employee

11   issues need the approval of the executive

12   committee?

13        A.    It would depend on what those issues were

14   I guess specifically.  If I felt that it would

15   require a level to go to the executive committee,

16   then it would do such.

17        Q.    What type of things do you take to the

18   executive committee?

19        A.    Physician discipline issues or

20   complaints.  Again, acquisition issues.

21        Q.    Okay.  What sort of non-physician

22   employee issues do you take to the committee?  Not

23   a physician discipline issue per se, but employment

24   issues dealing with non-physicians?

1    A.    It could be employment of non-physicians,
2  would ask their opinion on evaluations if it was an
3  employee that they worked closely with.  We employ
4  a nurse as an example that would work very closely
5  and be supervised very closely by a physician, and
6  in that instance their input would be valuable.

7    Q.    Okay.  You indicated as far as PBS was
8  concerned immediate day-to-day supervision of the
9  employees is done by the office manager?

10    A.    The billing operations, yes.

11    Q.    Now, turning to Clinical Radiologists,
12  who has immediate day-to-day supervision of the
13  employees of Clinical Radiologists?

14    A.    It would depend on what type of
15  employee.  If it was a non-physician then that
16  would directly come to me, but I work with the
17  executive committee in a collaborative way so many
18  times I would discuss those issues.  It is a
19  medical practice so it is operated and ran by
20  physicians, and I work with them to carry out their
21  policy as they've sat down.

22    Q.    Turning to your Response to Interrogatory
23  Number 6, you've provided a list of the Board of
24  Directors of Clinical Radiologists and you've

1    provided a list of 15 individuals sitting on the

2    board of Clinical Radiologists in May of 2003; is

3    that accurate?

4        A.    It appears accurate.

5        Q.    Okay.  Would you agree that of those

6    individuals Darrel Anderson, Charles Neal, John

7    Snodsmith, Lisa Wichterman, William Moore, Casey

8    Muehle, Kevin Coakley, David Alexander, Andrew

9    Sherrick, Eric Paul Justin, and Patricia Whitworth

10   also sat on the Board of Directors of PBS?

11       A.    I believe that's accurate.

12       Q.    Okay.  And in regards -- well, what sort

13   of functions does the Board of Directors undertake

14   at Clinical Radiologists?

15       A.    The Board of Directors of Clinical

16   Radiologists are elected by the shareholders and

17   the owners of that entity to assist with carrying

18   out the functions of that medical corporation.

19       Q.    What do the Board of Directors of PBS do?

20       A.    The Board of Directors at PBS would have

21   functions laid out within the bylaws of that

22   corporation and would function as such.

23       Q.    Can you give me an idea of what functions

24   are laid out in the bylaws?

27

1        A.    I would need to review the bylaws

2   specifically to answer that.

3        Q.    Okay.  Is there anything you can tell me

4   -- well, first let me ask, do you have an opinion,

5   and if you don't just tell me you don't, but I mean

6   is it a ceremonial post or does the Board of

7   Directors of PBS actually do some hands-on work as

8   far as the running of PBS?

9        A.    I don't really have an opinion.

10       Q.    Okay.  You've also, I believe if we can

11  turn the page, provided a list of the executive

12  individuals who sit on the executive committee of

13  Clinical Radiologists as of May 1, 2003.

14       A.    We're on Interrogatory Number 6.

15       Q.    Yes.

16       A.    Okay.

17       Q.    Those individuals who were on the

18  executive committee were Darrel Anderson, John

19  Snodsmith, William Moore, Andrew Sherrick, and

20  that's S-H-E-R-R-I-C-K, and Eric Paul Justin.  Each

21  member of Clinical Radiologists executive committee

22  also held stock in and was a member of the Board of

23  Directors of PBS, correct?

24       A.    I believe that's correct.

28

1     Q.   Okay.  And, again, you're the chief

2 executive officer for Clinical Radiologists and you

3 were in May of 2003?

4     A.   That's correct.

5     Q.   And you were also a stockholder and

6 member of the Board of Directors of PBS in May of

7 2003, correct?

8     A.   That's correct.

9     Q.   Okay.  In Interrogatory Number 8 you were

10 asked to identify all individuals responsible for

11 formulating and implementing all labor relations

12 policies for PBS and you indicated that quote the

13 manager of Professional Business Services is

14 responsible for implementing labor relations and

15 employment policies applicable to its employees.

16 Managers decisions are approved by Thomas C.

17 Dickerson, the secretary slash vice president of

18 PBS.  During Plaintiff's employment the manager was

19 Fred Williamson.

20             Did Fred Williamson, as PBS's

21 manager, have to get your approval for all labor

22 and employment policies that he wanted to enact?

23     A.   No.

24     Q.   What sort of policies did he have to get

1    your approval for?

2        A.    Those policies would have been things

3    like hiring of staff, termination of staff, change

4    of policy that had previously been laid out.

5        Q.    What sort of policies -- can you give me

6    an example of a policy that had previously been

7    laid out that he would want to change?

8        A.    I'm sorry?

9        Q.    That he wanted to change or approached

10    you.

11        A.    I don't recall specifically.

12        Q.    Okay.  And hiring and firing, those

13    policies we just discussed, those are things he had

14    to get your approval for?

15        A.    Within the budget of hiring he could hire

16    a personnel, particularly temporary personnel, to

17    fill voids within the day-to-day operations, but

18    terminations would come through me for permanent

19    employees.

20        Q.    Besides hiring of temporary personnel,

21    what sort of employment and labor policies was Fred

22    Williamson free to enact without seeking or

23    obtaining your approval?

24        A.    Are you asking for examples?

1       Q.   Yes, please.

2       A.   Assuring that employees were there and

3  working and doing their job.  He would have been

4  responsible to make sure employees, you know, came

5  to work each day and those types of things.

6       Q.   Would you agree that that's sort of an

7  enforcement of a pre-existing policy as opposed to

8  the creation and implementation of a new policy?

9       A.   Yes, he would not typically be creating

10  policy on his own.

11       Q.   Okay.  Then since he didn't create or

12  implement policies on his own, did you then, as the

13  vice president/secretary of PBS, have final

14  responsibility for implementing or creating new

15  employment policies?

16       A.   That typically would be discussed with

17  the president if there was a major change in

18  policy, but typically day-to-day operational type

19  policies not of nuclear quote unquote magnitude

20  would be handled by me.  When you refer to policies

21  before, I think just to clarify, there is a

22  difference between day-to-day procedural changes

23  and day-to-day policy changes.

24                    I view policy more as big picture

32

1          MS. PAPUSHKEWYCH:    I'm going to object to

2     the form of that, but go ahead and answer if you

3     can.

4          A.    Approximately six years.

5          Q.    What was your first position with PBS or

6     office if you were some other than an employee?

7          A.    Vice president.

8          Q.    And do you know how long Clinical

9     Radiologists has been a functioning entity,

10    business entity?

11         A.    I don't know the specific but, you know,

12    in excess of 25 years.

13         Q.    Okay.   When did you first become

14    associated, either as an employee or in some other

15    capacity, associated with Clinical Radiologists?

16         A.    June of 1998 is when I became employed by

17    Clinical.

18         Q.    So you became vice president of PBS about

19    the same time you first became employed by Clinical

20    Radiologists; is that accurate?

21         A.    I believe it wasn't until later when I

22    was given some responsibilities in that capacity.

23         Q.    It was later that you were given some

24    responsibilities for PBS or later that you were

33

1   given some responsibilities for Clinical

2   Radiologists?

3       A.    PBS.

4       Q.    Okay.  So first you were hired on at

5   Clinical Radiologists and then later you were

6   assigned some responsibilities for PBS; is that

7   what you're saying?

8       A.    I need to review, you know, specific

9   contract language to answer that specifically.

10      Q.    Okay.  Can you just give me a time frame,

11  though?  Do I at least have the time frame right

12  that first you were at Clinical Radiologists and

13  then later on you became vice president/secretary

14  of PBS?

15      A.    I believe the time period is similar.

16  Again, I would need to review my initial employment

17  contract to see what that said.

18      Q.    Okay.  Did you go through a separate set

19  of interviews for the two positions?

20      A.    No.

21      Q.    Okay.  Was it sort of a package deal that

22  when you were brought on that we're hiring you as

23  CEO of Clinical Radiologists and part of your

24  duties are going to be to oversee PBS?

34

1      A.   My initial contract I'd have to review to

2   see how that was stated.

3      Q.   Okay.  Can you recall --

4      A.   As I recall a portion of my contract

5   stated that I would have some responsibilities at

6   that time to oversee the PBS entity.

7      Q.   Okay.  I mean when you say the portion of

8   your contract, you're referring to the contract you

9   had with Clinical Radiologists?

10     A.   My employment agreement, yes.

11     Q.   Okay.  Going back to your capacity as

12  secretary/vice president, did you have final

13  approval to accept or reject any employment policy

14  that Fred Williamson brought to you or that you

15  created or were there things that you had to take

16  to the Board of Directors?

17     A.   There would be things that I would take

18  to the Board of Directors if it was applicable or I

19  would take up through Dr. Anderson as the

20  president.

21     Q.   Okay.  Moving over to Clinical

22  Radiologists, as the chief executive officer, at

23  least according to your Answer to Interrogatory

24  Number 8, you were the individual who formulates

35

1   and implements labor relations policies and

2   employment policies for non-physician employees

3   with the approval of the executive committee as

4   needed; is that accurate?

5       A.   Policies would be typically approved by

6   executive committee working through the Board of

7   Directors and then I would carry out policy based

8   on one or both of those entities' approval.

9       Q.   Okay.  So in Interrogatory Number 9 you

10  say your answer says with respect to its

11  non-physician employees, Thomas C. Dickerson, chief

12  executive officer, formulates and implements labor

13  relations and employment policies with the approval

14  of the executive committee as needed, and that's in

15  response to a question asking you to list and

16  identify all individuals responsible for

17  formulating and implementing all labor relations

18  and employment policies applicable to the employees

19  of Clinical Radiologists.

20              So are you saying now that you

21  didn't have final authority to formulate and

22  implement labor relations policies, but that you

23  had to get the approval of the executive committee

24  for everything you did?

1      A.    I'm saying on an operational level I have

2   a line of authority to enact and formulate labor

3   relations and employment policies as -- you know I

4   don't operate in a vacuum.   The executive committee

5   has authority and abilities laid out through the

6   Board of Directors and I work with both of those

7   entities to carry out those policies.

8              For non-physician employees I would

9   have, as the chief executive officer, the ability

10   to implement labor relations and employment

11   policies, again, with the approval of the executive

12   committee and then it would be up to the executive

13   committee to obtain whatever authority they may

14   feel they needed from the Board of Directors

15   depending on the situation.

16      Q.    Okay.  Can you give me an example of some

17   of the sort of operational things that you can

18   enact without having to get, in regards to

19   non-physician employees of Clinical Radiologists,

20   that you could enact without having to get the

21   approval of the executive committee?

22      A.    Evaluation of employees, time off, you

23   know, re-assigning work.   Those types of things.

24      Q.    Okay.  Heading on the home stretch.   In

1    Interrogatory Number 11 you were asked to describe

2    any of the relationships which exist between PBS

3    and Clinical Radiologists, and you indicate that

4    through a contract, PBS provides billing services

5    for Clinical Radiologists and that shareholders of

6    Clinical Radiologists may be eligible to be

7    considered as purchasers of shares in PBS.

8                    Do the Clinical Radiologists

9    shareholders receive any special consideration in

10   being considered for the possibility of them

11   purchasing PBS shares?  I mean, in other words, you

12   see where I'm going?  In other words, if I, as a

13   non Clinical Radiologists shareholder, wants to buy

14   shares in PBS and Keith A. Knepel, M.D., a

15   shareholder in Clinical Radiologists, we both want

16   to buy shares in PBS, who is going to get the -- is

17   it the fact that I have non shareholder status in

18   Clinical Radiologists going to be held against me?

19            MS. PAPUSHKEWYCH:    I'm not sure I

20   understand the question.  Do you understand that?

21   I'll object to it.

22        Q.    Let me make it more simple.  Do you have

23   to be a shareholder in Clinical Radiologists in

24   order to become a shareholder in PBS?

1  Clinical Radiologists would have in the decision of

2  the PBS Board of Directors as to whether or not to

3  sell PBS shares to that individual?

4          A.    Rephrase that one more time.

5          Q.    Okay.  Does the fact that a possible

6  purchaser of PBS stock holds stock in Clinical

7  Radiologists weigh in favor or against that

8  individual when the PBS Board of Directors deciding

9  whether or not to sell them shares of PBS stock?

10         A.    I think that Clinical Radiologists

11  physician shareholders may be eligible to purchase

12  shares in Professional Business Services.

13         Q.    Okay.  Are non Clinical Radiologists

14  shareholders eligible to purchase shares in PBS?

15         A.    I need to review the bylaws, but I

16  believe so.

17         Q.    I should have asked that question that

18  way the first time.  It would have made it a heck

19  of a lot easier.

20               In Interrogatory Number 12 you were

21  asked to describe all instances in which PBS and

22  Clinical Radiologists share services, and in your

23  answer you indicate that Kim Sparrow, a Clinical

24  Radiologists employee, has specified duties in the

40

1    implementation of personnel actions of PBS.

2                    Can you tell me a little bit about

3    those duties?  What are their specified duties that

4    Kim Sparrow has?

5         A.    Typically she would be utilized to assist

6    with human resource type functions, explanation of

7    benefits.  Those types of things.

8         Q.    Okay.  What title does she hold at

9    Clinical Radiologists?

10         A.    To be honest with you I can't give you

11    her specific title, but she does HR benefits and

12    she also works a lot with our computer systems.

13    I'd have to refresh to give you the specific title.

14         Q.    Okay.  Does she hold a job title at PBS?

15         A.    No.

16         Q.    Okay.  You said that she explains

17    benefits of PBS; is that accurate?  That's some of

18    the specified duties she has.

19         A.    She could be called on to do that, yes.

20         Q.    Okay.  Why is she called on to do that?

21    Does PBS and Clinical Radiologists have the same

22    benefits packages for their non-physician

23    employees?

24         A.    That's a pretty broad question.  Exactly

1    the same I don't believe the answer to that is yes;

2    however, the health benefit plan that serves both

3    Clinical Radiologists and Professional Business

4    Services, they both utilize the same provider of

5    those services.

6         Q.    Okay.  How often does Kim Sparrow perform

7    these HR functions for PBS?

8         A.    Really more on a perdiem type basis I

9    would say.  I couldn't specifically tell you the

10   answer to that, but it would be as needed.

11        Q.    Okay.  You mentioned a perdiem basis.

12   Does she keep a separate time sheet for when she

13   works for PBS?

14        A.    Yes.  We typically, whether or not it's a

15   time sheet or not, but we try to keep track of the

16   time spent for both Clinical Radiologists and

17   Professional Business Services if there is the need

18   for that, yes.

19        Q.    Okay.  So if she is explaining benefits

20   to PBS employees, she's going to be paid by, well

21   ultimately by PBS's shareholders and owners,

22   correct?

23        A.    That could be the case, or if it was a

24   limited type function it could be covered under her

1  salary that she gets for Clinical Radiologists.

2      Q.    Okay.  Does PBS claim her as an employee

3  as far as taxes or anything?

4      A.    Not to my knowledge.

5      Q.    Okay.  So she's strictly a Clinical

6  Radiologists employee as far as --

7      A.    That's correct.

8      Q.    Okay.  Are PBS employees and Clinical

9  Radiologists employees paid from separate accounts?

10      A.    That's correct.

11      Q.    Okay.  Are they covered by -- are PBS

12  employees and Clinical Radiologists employees

13  covered by separate insurance companies?

14      A.    They pay their own insurance bills, but

15  as I indicated earlier they use a common vehicle

16  for the benefit plan itself.

17      Q.    Okay.  Actually does PBS carry any sort

18  of liability insurance in the event that one of its

19  employees is, you know, guilty of negligence and

20  the company would be sued under a respondent --

21  let's say that a PBS employee is driving somewhere

22  and runs over a little old lady in the street and

23  the little old lady sues PBS.  Does PBS carry

24  insurance to cover that sort of thing?