E-FILED
Monday, 20 December, 2004  12:34:56 PM
Clerk, U.S. District Court, ILCD

**INTERROGATORY NO. 2:** Please list all owners, partners or shareholders in Professional Business Services of Central Illinois. For each individual listed, please indicate their name, address and the percentage their of ownership interest or the number of shares of stock they own.

Please produce copies of all statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's response to Interrogatory No. 2. If Defendant claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 2 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant has attached a list of the shareholders of Professional Business Services of Central Illinois, Inc. and the number of shares of stock each shareholder owns as "Response to Interrogatory No. 2".

**INTERROGATORY NO. 3:** Please list all owners, partners or shareholders in Clinical Radiologists. For each individual listed, please indicate their name, address and percentage of their ownership interest or the number of shares of stock they own.

Please produce copies of all statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 3. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 3 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant has attached a list of the shareholders of Clinical Radiologists, S.C. and the number of shares of stock each shareholder owns as "Response to Interrogatory No. 3".

**INTERROGATORY NO. 4:** Please list all owners, partners or shareholders in University Radiologists. For each individual listed, please indicate their name, address and percentage of their ownership interest or the number of shares of stock they own.

Please produce copies of all statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 4. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant has no knowledge.

**INTERROGATORY NO. 5:** Please list and describe the management structure for Professional Business Services of Central Illinois as it existed from June 6, 2000 through May 6, 2003. For each position listed in said management structure, please identify by name, address and telephone number the person holding the position and describe the job duties and functions of each position.

Please produce copies of all evaluations, statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's

4

Response to Interrogatory No. 5. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 5 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant has attached an organizational chart as "Response to Interrogatory No. 5".

**INTERROGATORY NO. 6:** Please list and describe the management structure for Clinical Radiologists as it existed from June 6, 2000 through May 6, 2003. For each position listed in said management structure, please identify by name, address and telephone number the person holding the position and describe the job duties and functions of each position.

Please produce copies of all evaluations, statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 6. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 6 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant states that the shareholders of Clinical Radiologists elect a Board of Directors. The Board of Directors elects an Executive Committee which manages the business of the corporation and handles all matters related to physicians. All matters related to the non-physician employees are handled by

5

the Chief Executive Officer with the approval of the Executive Committee as needed. A list of the Board of Directors and the Executive Committee is attached as "Response to Interrogatory No. 6".

**INTERROGATORY NO. 7:** Please list and describe the management structure for University Radiologists as it existed from June 6, 2000 through May 6, 2003. For each position listed in said management structure, please identify by name, address and telephone number the person holding the position and describe the job duties and functions of each position.

Please produce copies of all statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 7. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant has no knowledge.

**INTERROGATORY NO. 8:** Please list and identify all individuals responsible for formulating and implementing all labor relations and employment policies applicable to the employees of Professional Business Services of Central Illinois.

Please produce copies of all evaluations, statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 8. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 8 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant

6

evidence. Notwithstanding, but subject to these and its General Objections, Defendant states that the manager of Professional Business Services is responsible for implementing labor relations and employment policies applicable to its employees. The manager's decisions are approved by Thomas C. Dickerson as Secretary/Vice-President of Professional Business Services. During the course of Plaintiff's employment, the manager was Fred Williamson.

**INTERROGATORY NO. 9:** Please list and identify all individuals responsible for formulating and implementing all labor relations and employment policies applicable to the employees of Clinical Radiologists.

Please produce copies of all evaluations, statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 9. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 9 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant states that with respect to physician issues, the Executive Committee of Clinical Radiologists formulates and implements all labor relations and employment policies, with the approval of the Board of Directors as needed. With respect to its non-physician employees, Thomas C. Dickerson, Chief Executive Officer, formulates and implements labor relations and employment policies with the approval of the Executive Committee as needed.

7

Professional Business Services and Clinical Radiologists pursuant to which Professional Business Services provides billing services. Shareholders of Clinical Radiologists may be eligible to be considered as purchasers of shares of Professional Business Services.

**INTERROGATORY NO. 12:** Please list and describe all instances in which Professional Business Services, Clinical Radiologists and University Radiologists, share or jointly utilize any professional or managerial services such as bookkeepers, payroll processors, recruitment, interviewing and human resources personnel and services.

Please produce copies of all evaluations, statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 12. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 12 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant states that legal services are provided to Professional Business Services by Wolfson & Papushkewych LLP; legal services are provided to Clinical Radiologists by Wolfson & Papushkewych LLP and Schmiedeskamp, Robertson, Neu & Mitchell, Quincy, Illinois. Accounting services are provided to Clinical Radiologists and Professional Business Services by Kerber, Eck & Braeckel. Kim Sparrow, an employee of Clinical Radiologists, has specified duties in the implementation of personnel actions at Professional Business Services from time to time. Professional Business Services has no knowledge related to University Radiologists.

**INTERROGATORY NO. 13:** Please list all individuals who were employed by, or provided paid services to, Professional Business Systems, Clinical Radiologist or University Radiologists from June 2000 through May 2003. For each such individual, please indicate which entity the individual was employed by or provided paid services to, the job duties performed or services the individual provided, the dates of employment.

Please produce copies of all evaluations, statements, notes, memorandum or any other preservation of the recollection of any witness with information relevant to Defendant's Response to Interrogatory No. 13. If Plaintiff claims privilege to all or part of any such document, identify such document and state the basis for such privilege.

**ANSWER:**

Defendant objects to Interrogatory No. 13 on the grounds that it is overly broad and unduly burdensome and therefore is not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding, but subject to these and its General Objections, Defendant states that a list of all individuals employed by Professional Business Services is attached as "Response to Interrogatory No. 13". A list of all individuals who are employed by Clinical Radiologists is attached as "Response to Interrogatory No. 13". Professional Business Services has no knowledge related to individuals employed by or providing paid services to University Radiologists.

Respectfully submitted,

PROFESSIONAL BUSINESS SERVICES OF
CENTRAL ILLINOIS, INC., Defendant

BY: _____
One of Its Attorneys

Gerri Papushkewych
Wolfson & Papushkewych LLP
2904 Greenbriar Drive, Suite D
Springfield, Illinois 62704
(217)787-3210

10

SHAREHOLDERS AND BOARD OF DIRECTORS OF
PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC.
AS OF MAY 1, 2003

| Name | Number of Shares |
|---|---|
| Charles H. Williams, M.D. | 10,000 |
| Darrel R. Anderson, M.D. | 10,000 |
| Roland D. Cull, M.D. | 10,000 |
| Steven J. Jackman, M.D. | 10,000 |
| John M. Snodsmith, M.D. | 10,000 |
| Charles E. Neal, M.D. | 10,000 |
| Lisa S. Wichterman, M.D. | 6,000 |
| William Moore, M.D. | 10,000 |
| Casey Muehle, M.D. | 10,000 |
| Kevin J. Coakley, M.D. | 10,000 |
| David Alexander, M.D. | 10,000 |
| Eric Paul Justin, M.D., MPH | 10,000 |
| Andrew D. Sherrick, M.D. | 10,000 |
| Thomas C. Dickerson | 10,000 |
| Patricia Whitworth, M.D. | 8,500 |

Response to Interrogatory No. 2

SHAREHOLDERS OF
CLINICAL RADIOLOGISTS, S.C.
AS OF MAY 1, 2003

| Name | Number of Shares |
| --- | --- |
| Darrel R. Anderson, M.D. | 10,635 |
| Steven J. Jackman, M.D. | 10,635 |
| John M. Snodsmith, M.D. | 10,635 |
| Charles E. Neal, M.D. | 10,635 |
| Lisa S. Wichterman, M.D. | 6,381 |
| William Moore, M.D. | 10,635 |
| Casey Muehle, M.D. | 10,635 |
| Kevin J. Coakley, M.D. | 10,635 |
| David Alexander, M.D. | 10,635 |
| Andrew D. Sherrick, M.D. | 10,635 |
| Eric Paul Justin, M.D., MPH | 10,635 |
| Patricia Whitworth, M.D. | 9,039.75 |
| Keith A. Knepel, M.D. | 10,635 |
| John H. Schlepphorst, D.O. | 10,635 |
| Lucy Ann R. Christopherson, M.D. | 10,635 |
| George R. Magre, M.D. | 10,635 |
| Prasad Vasireddy, M.D. | 10,635 |
| J.A. (Tony) Rodriguez, M.D. | 10,635 |
| Craig Russo, M.D. | 10,635 |
| Robert Stallworth, M.D. | 10,635 |
| Robert Haag, M.D. | 10,635 |
| Kenneth L. Kraudel, M.D. | 10,635 |
| Marcella M. Butler, M.D. | 10,635 |

Response to Interrogatory No. 3

# PBS ORGANIZATIONAL CHART



President: Darrel R. Anderson, M.D.
Vice President: Thomas C. Dickerson
Billing Operations Manager: Fred Williamson
Systems Administrator: Kelly Sweeton
Billing Supervisor: Edward MacMurdo

Response to Interrogatory No. 5

BOARD OF DIRECTORS OF
CLINICAL RADIOLOGISTS, S.C.
AS OF MAY 1, 2003

Darrel R. Anderson, M.D.
Charles E. Neal, M.D.
John M. Snodsmith, M.D.
Lisa S. Wichterman, M.D.
William Moore, M.D.
Casey Muehle, M.D.
Kevin J. Coakley, M.D.
David Alexander, M.D.
Andrew D. Sherrick, M.D.
Eric Paul Justin, M.D., MPH
Patricia Whitworth, M.D.
Keith A. Knepel, M.D.
John H. Schlepphorst, D.O.
Lucy Ann R. Christopherson, M.D.
George R. Magre, M.D.

15

Response to Interrogatory No. 6
(Page 1 of 2)

EXECUTIVE COMMITTEE OF
CLINICAL RADIOLOGISTS, S.C.
AS OF MAY 1, 2003

Darrel R. Anderson, M.D.
John M. Snodsmith, M.D.
William Moore, M.D.
Andrew D. Sherrick, M.D.
Eric Paul Justin, M.D., MPH

Response to Interrogatory No. 6
(Page 2 of 2)

CRSC

| # | L. NAME | F. NAME |
|---|---|---|
| 1 | Alexander, M.D. | David |
| 2 | Anderson, M.D. | Darrel |
| 3 | Anderson, M.D. | Todd |
| 4 | Blake | Pam |
| 5 | Butler, M.D. | Marcella |
| 6 | Christopherson, MD | LucyAnn |
| 7 | Coakley, M.D. | Kevin |
| 8 | Cull, M.D. | Roland |
| 9 | Dickerson | Tom |
| 10 | Fernandez, M.D. | Gaspar |
| 11 | Funk | Janet |
| 12 | Gupta, M.D. | Kanchan |
| 13 | Haag, M.D. | Robert |
| 14 | Jackman, M.D. | Steven |
| 15 | Justin, M.D. | Eric |
| 16 | Knepel, M.D. | Keith |
| 17 | Kraudel, M.D. | Kenneth |
| 18 | Lauderback | Jack |
| 19 | Lee, M.D. | Raymond |
| 20 | Magre, M.D. | George |
| 21 | Miller | Jane |
| 22 | Moore, M.D. | William |
| 23 | Muehle, M.D. | Casey |
| 24 | Neal, M.D. | Charles |
| 25 | Rodriquez, M.D. | Jose |
| 26 | Russo, M.D. | Craig |
| 27 | Schlepphorst, M.D. | John |
| 28 | Sherrick, M.D. | Andrew |
| 29 | Sitton-Petro | Tracy |
| 30 | Skelton | Stacie |
| 31 | Snodsmith, M.D. | John |
| 32 | Sparrow | Kimberly |
| 33 | Stallworth, MD | Robert |
| 34 | Vasireddy, M.D. | Prasad |
| 35 | Vehovc | Lana |
| 36 | Whitworth, M.D. | Patricia |
| 37 | Wichterman, M.D. | Lisa |

PBS

| | L. NAME | F. NAME |
|---|---|---|
| 1 | Clayborne | Robin |
| 2 | Cutler | Tamara |
| 3 | Ellenburg | Kimberly |
| 4 | Emerick | Lynn |
| 5 | Foster | Kara |
| 6 | Graham | Misty |
| 7 | Gibson | Martha |
| 8 | Hedrick | Shalean |
| 9 | Hughes | Dawn |
| 10 | Lauderback | Julie |
| 11 | MacMurdo | Edward |
| 12 | March, Sr. | Thomas |
| 13 | Nevins | Jeffrey |
| 14 | Sullivan | Kathleen |
| 15 | Sweeton | Kelly |
| 16 | Syson | Janice |
| 17 | Watkins | Karen |
| 18 | Whitehorn | Christina |
| 19 | Williamson | Fred |

Response to Interrogatory No. 13
(Page 2 of 2)