E-FILED
Monday, 20 December, 2004  12:39:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KAREN WATKINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   03-3283 |
| PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC., | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF KAREN WATKINS

I, KAREN WATKINS, am a Citizen of Sangamon County, Illinois, have personal knowledge of the facts in this matter and if called as a witness can competently testify as follows:

1. I was employed by PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC. (hereinafter "PROFESSIONAL BUSINESS SERVICES"), the Defendant in this case, from June 6, 2000 through May 6, 2003.

2. PROFESSIONAL BUSINESS SERVICES was, and is, owned by William D. Moore, M.D.

3. Dr. Moore and PROFESSIONAL BUSINESS SERVICES also own two other business entities, Clinical Radiologists in Springfield, Illinois, and an entity known as "University" located at Memorial Medical Center in Springfield, Illinois.

4. During my employment with Defendant, PROFESSIONAL BUSINESS SERVICES employed approximately 23 individuals in its Springfield Office, Clinical Radiologists employed approximately 22 individuals and University employed in excess of 25 individuals.

5. During my employment with PROFESSIONAL BUSINESS SERVICES, Fred


EXHIBIT A

Williamson, my immediate supervisor at PROFESSIONAL BUSINESS SERVICES, also performed supervisory and managerial functions for Clinical Radiologists and University. For example, it was Mr. Williamson who interviewed, hired and discharged employees whether they worked for PROFESSIONAL BUSINESS SERVICES, Clinical Radiologists or University.

6.   During my employment with PROFESSIONAL BUSINESS SERVICES, employees for PROFESSIONAL BUSINESS SERVICES, Clinical Radiologists and University were paid with checks that appeared to be drawn from the same account.

**FURTHER THE AFFIANT SAYETH NOT.**

Dated this 27th day of Jan, 2004.

_Karen Watkins_
KAREN WATKINS

*SUBSCRIBED and SWORN* to before me this 27th day of January, 2004.

OFFICIAL SEAL
AMY J. PETERSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-1-2007

_Amy J Peterson_
NOTARY PUBLIC

My commission expires 1st of March 2007

Bradley B. Wilson (#6238373)
*GATES, WISE & SCHLOSSER, P.C.*
1231 South Eighth Street
Springfield, IL 62703
(217) 522.9010

2

## PROOF OF SERVICE

It is hereby certified that a true and correct copy of the foregoing document has been sent on February 12, 2004 in an envelope with proper postage affixed thereto, securely sealed and deposited in a United States Post Office Mailbox at Springfield, Illinois and addressed to the following:

Henry A. Wolfson
Attorney of Law
2904 Greenbriar Drive, Suite D
Springfield, IL 62704

and that the original was filed in the Clerk of the Court in which said cause is pending

*/s/ Amy Peterson*