individual's work; (2) whether and, if so, to what extent the organization supervises the individual's work; (3) whether the individual reports to someone higher in the organization; (4) whether and, if so, to what extent the individual is able to influence the organization; (5) whether the parties intended that the individual be an employee, as expressed in written agreements or contracts; and (6) whether the individual shares in the profits, losses, and liabilities of the organization. 538 U.S. at 449-450. The application of these factors to the director-shareholders of Clinical Radiologists shows that they are not employees who should be counted for purposes of the FMLA.

The structure of Clinical Radiologists is designed to provide each shareholder with the ability to influence the organization by voting on issues reserved to the shareholders, voting for members to the Board of Directors, running for the position of director and running to be a member of the corporation's Executive Committee. There are 23 shareholders of Clinical Radiologists. The shareholders govern themselves through their elected Board members. 15 of the shareholders are elected to the Board of Directors. The Board consists of 15 members, each of whom is elected for a one year term by the shareholders (Neal Aff., ¶14).

The governing body of Clinical Radiologists, its Board of Directors, elects members to the Executive Committee. The Executive Committee addresses day to day operational issues and election to the Executive Committee requires a majority vote of the Board (Neal Aff., ¶15). Although operational decisions are assigned to the Executive Committee by the Board of Directors, 2/3 of the Clinical Radiologists' Board may amend or terminate any plan or policy that the Executive Committee adopts which applies to compensation, vacation, coverage responsibilities, continuing medical education requirements, disability, sick leave policy, or any other plan or policy which is intended to establish the principles through which the physicians

18