E-FILED
Monday, 20 December, 2004 12:52:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KAREN WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.     03-3283 |
| | ) | |
| PROFESSIONAL BUSINESS SERVICES | ) | |
| OF CENTRAL ILLINOIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT OF COMPLIANCE

Now comes the Plaintiff, KAREN WATKINS, by and through her attorneys, Gates, Wise & Schlosser, P.C., and pursuant to Local Rule 7.1 (B)(2) presents their certificate of compliance stating as follows:

1. The attached Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, exclusive of the required statement of facts, contains 28,302 characters.

2. The attached Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment exclusive of the required statement of facts, has a word count of 5,104.

Respectfully submitted,
KAREN WATKINS, Plaintiff,


By:/s/ Bradley B. Wilson
One of her Attorneys

Bradley B. Wilson
GATES, WISE & SCHLOSSER, P.C.
1231 S. Eighth Street
Springfield, IL 62703
Phone: (217) 522-9010
Facsimile: (217) 522-9020
e-mail: brad@gwspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gerri Papushkewych
Attorney of Law
2904 Greenbriar Drive, Suite D
Springfield, IL 62704

/s/ Bradley B. Wilson