E-FILED
Thursday, 23 December, 2004  11:23:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KAREN WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-3283 |
| | ) | |
| PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

NOW COMES Defendant PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC. by and through its attorneys Wolfson & Papushkewych LLP and does hereby move that this Honorable Court grant Defendant a fourteen day extension of time within which to file its reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment ("Response").  In support of this Motion, Defendant states as follows:

1.  Plaintiff's response to Defendant's Motion for Summary Judgment was due on December 27, 2004; Plaintiff filed the Response on December 20, 2004 and Defendant's reply is therefore due on January 3, 2005.

2.  Defendant requires additional time to prepare its reply because of previously scheduled commitments of counsel for Defendant.  Defendant's counsel was unable to devote the time necessary to prepare a reply to Plaintiff's Response in the two days since service of the Response because of previously scheduled commitments and will be unable to devote any time from today until January 3, 2005 to the preparation of a reply due to travel plans for Christmas

followed by a previously scheduled family vacation which will take counsel out of the state from December 27, 2004 through December 31, 2004.

    3.  This Motion is made by reason of necessity and not for purposes of delay.

    WHEREFORE, Defendant Professional Business Services of Central Illinois, Inc. respectfully requests that this Honorable Court grant Defendant a fourteen day extension of time for Defendant to file its reply to Plaintiff's Response, specifically to and including January 17, 2005.

    Respectfully Submitted,

PROFESSIONAL BUSINESS SERVICES
OF CENTRAL ILLINOIS, INC., Defendant

s/Gerri Papushkewych
Gerri Papushkewych, Bar No. 11240
Attorney for Defendant
Wolfson & Papushkewych LLP
2904 Greenbriar Drive, Suite D
Springfield, IL  62704
Telephone:  (217)787-3210
Telefax:  (217)787-1752
E-mail:  gerrip@wpllplaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley B. Wilson
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL  62703

      s/Gerri Papushkewych
Gerri Papushkewych, Bar No. 11240
Attorney for Defendant
Wolfson & Papushkewych LLP
2904 Greenbriar Drive, Suite D
Springfield, IL  62704
Telephone:  (217)787-3210
Telefax:  (217)787-1752
gerrip@wpllplaw.com