IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 03-3283 |
| PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC., | ) ) ) ) |
| Defendant. | ) |

### SUPPLEMENTAL AFFIDAVIT OF CHARLES E. NEAL, M.D.

CHARLES E. NEAL, M.D., duly sworn under oath, deposes and states that if he were called upon to testify, he could competently testify to the following facts which are based upon his personal knowledge:

1. I am the President of Clinical Radiologists, S.C. ("Clinical Radiologists"); I am also a member of the Board of Directors of Clinical Radiologists and a member of its Executive Committee.

2. If complaints against physicians are received, they are initially referred to the Executive Committee for consideration, investigation and/or attempted resolution.

3. As part of its responsibility of managing the day to day operations of Clinical Radiologists, the Executive Committee acts to investigate or take other action to attempt to resolve the problem.

4. In the case of a complaint against a physician shareholder, if the Executive Committee determines that disciplinary action may be warranted, the matter is brought

before the Board of Directors which will decide whether to discipline the physician shareholder and/or pursue other remedial avenues.

5. There are no provisions which allow the Executive Committee to discipline physician shareholders.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CHARLES E. NEAL, M.D.

Subscribed and sworn to before me this 17th day of January, 2005.

_____
Notary Public

OFFICIAL SEAL
MELINDA J. BEATTY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-21-2005