IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

KAREN WATKINS,                        )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )    Case No. 03-3283
                                      )
PROFESSIONAL BUSINESS SERVICES        )
OF CENTRAL ILLINOIS, INC.,            )
                                      )
        Defendant.                    )

### SUPPLEMENTAL AFFIDAVIT OF THOMAS C. DICKERSON

THOMAS C. DICKERSON, duly sworn under oath, deposes and states that if he were called upon to testify, he could competently testify to the following facts which are based upon his personal knowledge:

1. My testimony during my deposition may have left an impression that Fred Williamson, Billing Operations Manager for Professional Business Services of Central Illinois, Inc. ("PBS"), required my approval to hire regular PBS employees. The fact is that I was not involved in recruiting, interviewing, selecting or hiring regular or temporary PBS employees. Those functions were performed by Fred Williamson. Williamson did not require my approval to hire either regular or temporary PBS employees; my approval was only required for the creation of new positions which were not already budgeted.

2. I was not involved in the supervision and/or discipline of PBS employees, except that my approval was required before a PBS employee could be terminated. The

function of disciplining PBS employees, as well as the function of recommending termination of a PBS employee, were functions performed by Billing Operations Manager Fred Williamson.

    3. During the time period involved in this lawsuit, from June 6, 2000 to May 6, 2003, I maintained an office in Quincy in my home which I used to perform my duties as Chief Executive Officer of Clinical Radiologists, S.C. I also sometimes handled PBS matters from my home office.

    FURTHER AFFIANT SAYETH NAUGHT.

THOMAS C. DICKERSON

Subscribed and sworn to before me this 14th day of January, 2005.

Notary Public

"OFFICIAL SEAL"
JANICE NEISWENDER
Notary Public, State of Illinois
My Commission Expires 10/24/08

2