IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 03-3283 |
| vs. | ) |
| | ) |
| PROFESSIONAL BUSINESS SERVICES | ) |
| OF CENTRAL ILLINOIS, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO STRIKE PORTIONS OF
## AFFIDAVIT OF KAREN WATKINS

Defendant Professional Business Services of Central Illinois, Inc. ("PBS") by its attorneys Wolfson & Papushkewych LLP moves the Court, pursuant to Rule 56(e) of the Federal Rules of Civil Procedure, for the entry of an order striking paragraphs 2, 3, 5 and 6 of the Affidavit of Karen Watkins filed as Exhibit A to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment for failure to comply with the standards of Rule 56(e).

A separate Memorandum in Support of this Motion is filed herewith.

Respectfully Submitted,

PROFESSIONAL BUSINESS SERVICES
OF CENTRAL ILLINOIS, INC., Defendant

s/Gerri Papushkewych
Gerri Papushkewych, Bar No. 11240
Attorney for Defendant
Wolfson & Papushkewych LLP
2904 Greenbriar Drive, Suite D
Springfield, IL  62704
Telephone:  (217)787-3210
Telefax:  (217)787-1752
E-mail:  gerrip@wpllplaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Bradley B. Wilson
    Gates, Wise & Schlosser, P.C.
    1231 South Eighth Street
    Springfield, IL  62703

    s/Gerri Papushkewych
    Gerri Papushkewych, Bar No. 11240
    Attorney for Defendant
    Wolfson & Papushkewych LLP
    2904 Greenbriar Drive, Suite D
    Springfield, IL  62704
    Telephone:  (217)787-3210
    Telefax:  (217)787-1752
    gerrip@wpllplaw.com