E-FILED
Friday, 21 January, 2005 02:23:47 PM
Clerk, U.S. District Court, ILCD

1   Finally, if I ask a question and
2   you're not sure where I'm going, please ask me to
3   rephrase it; otherwise when I go back and read the
4   transcript, if you answer a question, I'm going to
5   assume that we were both on the same page and we
6   both were talking about the same thing.
7        So if there is any doubt in your
8   mind, please ask me to rephrase and I'll do my best
9   to do so. Would you state your full name for the
10  record?
11       A.   Thomas C. Dickerson.
12            (Dickerson Exhibit Number 1 was
13            marked for identification.)
14       Q.   Okay. Mr. Dickerson, I'm handing you
15  Dickerson Deposition Exhibit Number 1.
16            MS. PAPUSHKEWYCH:   I've got one. Thanks.
17       Q.   Is that exhibit a copy of the answers
18  that Professional Business Services has provided in
19  response to interrogatories propounded by Karen
20  Watkins, the Plaintiff in this case?
21       A.   It looks as such, yes.
22       Q.   Okay. And I believe the answers indicate
23  that you helped prepare those responses; is that
24  accurate?

28

1  Q. Okay. And, again, you're the chief
2  executive officer for Clinical Radiologists and you
3  were in May of 2003?
4  A. That's correct.
5  Q. And you were also a stockholder and
6  member of the Board of Directors of PBS in May of
7  2003, correct?
8  A. That's correct.
9  Q. Okay. In Interrogatory Number 8 you were
10 asked to identify all individuals responsible for
11 formulating and implementing all labor relations
12 policies for PBS and you indicated that quote the
13 manager of Professional Business Services is
14 responsible for implementing labor relations and
15 employment policies applicable to its employees.
16 Managers decisions are approved by Thomas C.
17 Dickerson, the secretary slash vice president of
18 PBS. During Plaintiff's employment the manager was
19 Fred Williamson.
20          Did Fred Williamson, as PBS's
21 manager, have to get your approval for all labor
22 and employment policies that he wanted to enact?
23 A. No.
24 Q. What sort of policies did he have to get

```
 1  your approval for?
 2       A.   Those policies would have been things
 3  like hiring of staff, termination of staff, change
 4  of policy that had previously been laid out.
 5       Q.   What sort of policies -- can you give me
 6  an example of a policy that had previously been
 7  laid out that he would want to change?
 8       A.   I'm sorry?
 9       Q.   That he wanted to change or approached
10  you.
11       A.   I don't recall specifically.
12       Q.   Okay.  And hiring and firing, those
13  policies we just discussed, those are things he had
14  to get your approval for?
15       A.   Within the budget of hiring he could hire
16  a personnel, particularly temporary personnel, to
17  fill voids within the day-to-day operations, but
18  terminations would come through me for permanent
19  employees.
20       Q.   Besides hiring of temporary personnel,
21  what sort of employment and labor policies was Fred
22  Williamson free to enact without seeking or
23  obtaining your approval?
24       A.   Are you asking for examples?
```

1  Q.  Yes, please.
2  A.  Assuring that employees were there and
3  working and doing their job.  He would have been
4  responsible to make sure employees, you know, came
5  to work each day and those types of things.
6  Q.  Would you agree that that's sort of an
7  enforcement of a pre-existing policy as opposed to
8  the creation and implementation of a new policy?
9  A.  Yes, he would not typically be creating
10 policy on his own.
11 Q.  Okay.  Then since he didn't create or
12 implement policies on his own, did you then, as the
13 vice president/secretary of PBS, have final
14 responsibility for implementing or creating new
15 employment policies?
16 A.  That typically would be discussed with
17 the president if there was a major change in
18 policy, but typically day-to-day operational type
19 policies not of nuclear quote unquote magnitude
20 would be handled by me.  When you refer to policies
21 before, I think just to clarify, there is a
22 difference between day-to-day procedural changes
23 and day-to-day policy changes.
24      I view policy more as big picture