IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KAREN WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    03-3283 |
| | ) | |
| PROFESSIONAL BUSINESS SERVICES | ) | |
| OF CENTRAL ILLINOIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### RESPONSE TO MOTION TO STRIKE
### PORTIONS OF THE AFFIDAVIT OF KAREN WATKINS

*NOW COMES* the Plaintiff, KAREN WATKINS, by and through her attorneys, GATES, WISE & SCHLOSSER, P.C., and for her Response to Defendant's Motion to Strike Portions of the Affidavit of Karen Watkins, states as follows:

### DISCUSSION

Plaintiff does not object to Defendant's request to strike paragraph 2 of Karen Watkins' Affidavit. The ownership structure of PBS and Clinical Radiologists has been established through the Deposition of Tom Dickerson and Defendant's Answers to Plaintiff's First Set of Interrogatories and Requests To Produce.

Plaintiff does not object to Defendant's request to strike paragraph 3 of Karen Watkins' Affidavit. Again, the ownership structure of PBS and Clinical Radiologists has been established by other evidence in the record.

Plaintiff does object to Defendant's Motion to Strike paragraph 5 of Karen Watkins' Affidavit.  Defendant's argument that this paragraph be stricken is based upon an assertion that Plaintiff failed to establish that she has personal knowledge of the facts set forth in Paragraph 5, i.e., that Fred Williamson performed functions for Clinical Radiologists and University.  This argument ignores the fact that Plaintiff asserts in her affidavit that she "was employed by PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC. (hereinafter "PROFESSIONAL BUSINESS SERVICES"), the Defendant in this case, from June 6, 2000 through May 6, 2003."  As an employee of PBS, Plaintiff was clearly in a position to observe the work performed by Fred Williamson while he held the position of Billings Operations Manager.

Defendant further argues that paragraph 5 of Karen Watkins' Affidavit should be stricken because of Plaintiff's failure to correctly state the name of the group she calls "University."  In essence, this argument asks the Court to make a credibility determination regarding Plaintiff and her affidavit.  Credibility determinations and the weighing of evidence are jury functions, not those of a judge when deciding a motion for summary judgment.  ***Anderson v. Liberty Lobby, Inc.,*** 477 U.S. 242, 255, 106 S.Ct. 2505, 2513 91 L.Ed.2d 202 (1986).  Accordingly, Defendant's request that paragraph 5 of Karen Watkins' Affidavit should be denied.

Plaintiff does not object to Defendant's Defendant's Motion to Strike paragraph 5 of Karen Watkins' Affidavit.

## CONCLUSION

**WHEREFORE,** in light of the above, Plaintiff, KAREN WATKINS, requests that Defendant's Motion to Strike paragraph 5 of Karen Watkins' Affidavit be denied.

    Respectfully Submitted,
    **KAREN WATKINS**,


    By: \s\ Bradley B. Wilson_____


Bradley B. Wilson
***GATES, WISE & SCHLOSSER, P.C.***
1231 South Eighth Street
Springfield, IL 62703
Tel: (217) 522-9010
Fax: (217) 522-9020
e-mail:brad@gwspc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Gerri Papushkewych
Attorney of Law
2904 Greenbriar Drive, Suite D
Springfield, IL 62704

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

                                            s/Bradley B. Wilson
                                            Bradley B. Wilson Bar #6238373
                                            Gates, Wise & Schlosser, P.C.
                                            1231 South Eighth Street
                                            Springfield, Illinois  62703
                                            Telephone: 217/522-9010
                                            Facsimile: 217/522-9020
                                            E-mail: brad@gwspc.com