AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**KAREN WATKINS,**
    **Plaintiff,**

vs.    Case Number: **03-3283**

**PROFESSIONAL BUSINESS SERVICES OF CENTRAL ILLINOIS, INC.,**
    **Defendant.**

[ ] **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to Order entered by the Honorable U.S. District Judge Jeanne E. Scott. Professional Business Services of Central Illinois Inc.'s Motion for Summary Judgment (d/e 29) is ALLOWED. Summary judgment is entered in favor of Defendant Professional Business Services of Central Illinois Inc. and against Plaintiff Karen Watkins. Defendant's Request for Oral Argument (d/e 30) is DENIED. Defendant's Motion to Strike Portions of the Affidavit of Karen Watkins (d/e 36) is ALLOWED in part, as set forth in this Order. Plaintiff's Motion to Strike Supplemental Affidavit of Thomas C. Wilkerson (d/e 38) is DENIED. All other pending motions are denied as moot. This case is closed. ----------------------------

ENTER this 11th day of February 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Rankin
_____
BY: DEPUTY CLERK